Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Evellard

Plaintiff(s),

v.

Lendingclub Corporation, et al.

Defendant(s).

Case No: 16-cv-2627

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeremy A. Lieberman, an active member in good standing of the bar of N.Y. App. Div. 2d Dep't, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Steeve Evellard in the above-entitled action. My local co-counsel in this case is Jennifer Pafiti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| POMERANTZ LLP, 600 Third Avenue, Floor 20, New York, NY 10016 | POMERANTZ LLP, 468 North Camden Drive, Beverly Hills, CA 90210 |
| MY TELEPHONE # OF RECORD: | LOCAL CO COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 661-1100 | (818) 532-6499 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jalieberman@pomlaw.com | jpafiti@pomlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4161352.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 5/23/2016

APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jeremy A. Lieberman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 31, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER