IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEVE EVELLARD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LENDINGCLUB CORPORATION, RENAUD LAPLANCHE, and CARRIE L. DOLAN,<br><br>    Defendants.<br>_____/ | No. C 16-02627 WHA<br><br>**ORDER REQUESTING FILING OF NOTICE OF PUBLICATION** |

Pursuant to 15 U.S.C. 78u-4(a)(3)(A)(i), "not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class — (I) of the pendency of the action, the claim asserted therein, and the purported class period . . . ."

By **NOON ON JUNE 10, 2016**, please file a copy of the notice of publication. The date on which the notice was published should be clearly indicated.

**IT IS SO ORDERED.**

Dated:  June 8, 2016.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE