1

2

3

4

5

6                                    IN THE UNITED STATES DISTRICT COURT

7

8                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   STEEVE EVELLARD, Individually and on            No. C 16-02627 WHA
     Behalf of All Others Similarly Situated,
11
                       Plaintiffs,
12
                                                     **ORDER (1) SCHEDULING**
13        v.                                         **HEARING ON MOTIONS TO**
                                                     **APPOINT LEAD PLAINTIFF, (2)**
14   LENDINGCLUB CORPORATION,                        **REQUESTING INFORMATION**
     RENAUD LAPLANCHE, and CARRIE L.                 **FROM LEAD PLAINTIFF**
15   DOLAN,                                          **CANDIDATES, (3) SETTING**
                                                     **BRIEFING SCHEDULE**
16                     Defendants.
     _____/
17

18        All motions to appoint lead plaintiff shall be heard on **AUGUST 15, 2016, AT 10:00 A.M.**

19   in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.  As opposed

20   to "group" candidates, the Court wishes to evaluate the qualifications of single investors, either

21   institutional investors or individuals, to serve as lead plaintiff.  *See In re Network Assocs., Inc.,*

22   *Sec. Litig.*, 76 F. Supp. 2d 1017, 1019–27 (N.D. Cal. 1999).  The Court is particularly interested

23   in considering single investors with large losses and in evaluating their experience in managing

24   litigation.  Any "group" of movants must narrow its candidates to one or two single investors

25   and file answers to the appended questionnaire by **AUGUST 1, 2016**, including the certification

26   called for therein.  Each candidate must attend the hearing on **AUGUST 15, 2016**, and be

27   prepared to answer questions.

28        All motions to appoint lead plaintiff must be timely filed under 15 U.S.C. 78u-4(a)(3)

     and must be supplemented by the appended questionnaire and certification.  All opposition

**United States District Court**
For the Northern District of California

briefs shall be filed and served by **JULY 29, 2016.**  Any reply briefs shall be filed and served by **AUGUST 5, 2016**, and shall not exceed ten pages.  Each party shall submit only one opposition brief, responding to all other pending motions, and only one reply brief.  All questionnaires and other submissions shall be served on all counsel named on the Court's certificate of service.

Applications for class counsel shall be deferred until after the lead plaintiff has been appointed.


**IT IS SO ORDERED.**


Dated:  June 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE