JOHNSON & WEAVER, LLP
FRANK J. JOHNSON (SBN 174882)
frankj@johnsonandweaver.com
PHONG L. TRAN (SBN 204961)
phongt@johnsonandweaver.com
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

MICHAEL I. FISTEL, JR.
michaelf@johnsonandweaver.com
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101

*Counsel for Plaintiff Bart Stadnicki*

**UNITED STATED DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEEVE EVELLARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGCLUB CORPORATION, RENAUD LAPLANCHE, and CARRIE L. DOLAN,<br><br>Defendants. | Case No.: 3:16-cv-02627-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELATE CASES**<br><br>(Civil L.R. 3-12, 7-11 and 7-12)<br><br>Judge: The Honorable William Alsup<br><br>Date Action Filed: May 16, 2016 |
| **This stipulation related to:**<br><br>NICOLE WERTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RENAUD LAPLANCHE, CARRIE DOLAN, and LENDINGCLUB CORPORATION,<br><br>Defendants. | Case No.: 3:16-cv-02670-WHA<br><br>Judge: The Honorable William Alsup<br><br>Date Action Filed: May 18, 2016 |

[*Caption continues on next page.*]

| | |
|---|---|
| **This stipulation related to:** | Case No.: 3:16-cv-03072-JCS |
| BART STADNICKI, derivatively and on behalf of the Nominal Defendant LENDINGCLUB CORPORATION, | |
| Plaintiff, | |
| v. | |
| RENAUD LAPLANCHE, CARRIE L. DOLAN, SCOTT SANBORN, DANIEL T. CIPORIN, JEFFREY CROWE, REBECCA LYNN, JOHN J. MACK, MARY MEEKER, JOHN C. MORRIS, LAWRENCE H. SUMMERS, and SIMON WILLIAMS, | Judge: The Honorable Joseph C. Spero<br><br>Date Action Filed: June 6, 2016 |
| Defendants, | |
| -and- | |
| LENDINGCLUB CORPORATION, a Delaware Corporation, | |
| Nominal Defendant. | |

| | |
|---|---|
| 1 | WHEREAS, on May 15, 2016, Plaintiff Steeve Evellard filed a putative class action complaint (the "*Evellard* Class Action"), Case No. 3:16-cv-02627-WHA, against defendants LendingClub Corporation, Renaud Laplanche, and Carrie L. Dolan for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"); |
| 5 | WHEREAS, on May 18, 2016, Plaintiff Nicole Wertz filed a putative class action complaint (the "*Wertz* Class Action"), Case No. 3:16-cv-02670-WHA, against defendants Renaud Laplanche, Carrie L. Dolan, and LendingClub Corporation for violations of Sections 10(b) and 20(a) of the Exchange Act, arising out of the same facts and circumstances as the *Evellard* Class Action; and |
| 10 | WHEREAS, on June 6, 2016, Plaintiff Bart Stadnicki filed a derivative action complaint (the "*Stadnicki* Derivative Action"), Case No. 3:16-cv-03072-JCS, against defendants Renaud Laplanche, Carrie L. Dolan, Scott Sanborn, Daniel T. Ciporin, Jeffrey Crowe, Rebecca Lynn, John J. Mack, Mary Meeker, John C. Morris, Lawrence H. Summers, Simon Williams, and Nominal Defendant LendingClub Corporation, for violations of Section 14(a) of the Exchange Act, breaches of fiduciary duties, unjust enrichment, corporate waste, and insider selling, arising from similar facts and circumstances as both the *Evellard* Class Action and *Wertz* Class Action; and |
| 18 | WHEREAS, the parties believe that the *Evellard* Class Action, the *Wertz* Class Action, and the *Stadnicki* Derivative Action are related cases pursuant to Northern District of California Local Rule 3-12(a); |

WHEREAS, on May 15, 2016, Plaintiff Steeve Evellard filed a putative class action complaint (the "*Evellard* Class Action"), Case No. 3:16-cv-02627-WHA, against defendants LendingClub Corporation, Renaud Laplanche, and Carrie L. Dolan for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act");

WHEREAS, on May 18, 2016, Plaintiff Nicole Wertz filed a putative class action complaint (the "*Wertz* Class Action"), Case No. 3:16-cv-02670-WHA, against defendants Renaud Laplanche, Carrie L. Dolan, and LendingClub Corporation for violations of Sections 10(b) and 20(a) of the Exchange Act, arising out of the same facts and circumstances as the *Evellard* Class Action; and

WHEREAS, on June 6, 2016, Plaintiff Bart Stadnicki filed a derivative action complaint (the "*Stadnicki* Derivative Action"), Case No. 3:16-cv-03072-JCS, against defendants Renaud Laplanche, Carrie L. Dolan, Scott Sanborn, Daniel T. Ciporin, Jeffrey Crowe, Rebecca Lynn, John J. Mack, Mary Meeker, John C. Morris, Lawrence H. Summers, Simon Williams, and Nominal Defendant LendingClub Corporation, for violations of Section 14(a) of the Exchange Act, breaches of fiduciary duties, unjust enrichment, corporate waste, and insider selling, arising from similar facts and circumstances as both the *Evellard* Class Action and *Wertz* Class Action; and

WHEREAS, the parties believe that the *Evellard* Class Action, the *Wertz* Class Action, and the *Stadnicki* Derivative Action are related cases pursuant to Northern District of California Local Rule 3-12(a);

/ / /

/ / /

THEREFORE, the parties, through counsel, hereby stipulate as follows:

1. The *Stadnicki* Derivative Action, the *Evellard* Class Action, and the *Wertz* Class Action are related cases pursuant to Northern District of California Local Rule 3-12(a).

IT IS SO STIPULATED.

DATED: July 14, 2016 **POMERANTZ LLP**

By: */s/ J. Alexander Hood*
J. Alexander Hood
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com

Jennifer Pafiti
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
Facsimile: (212) 661-8665
Email: jpafiti@pomlaw.com

*Counsel for Plaintiff Steeve Evellard*

DATED: July 14, 2016 **BLOCK & LEVITON LLP**

By: */s/ Jacob A. Walker*
Jacob A. Walker
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Email: jake@blockesq.com

Lesley E. Weaver
610 16th Street, Suite 214
Oakland, CA 94612
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
Email: lweaver@blockesq.com

*Counsel for Plaintiff Nicole Wertz*

| | | |
|---|---|---|
| 1 | DATED: July 14, 2016 | **JOHNSON & WEAVER, LLP** |
| 2 | | |
| 3 | | By: */s/ Frank J. Johnson* |
| 4 | | Frank J. Johnson<br>Phong L. Tran |
| 5 | | 600 West Broadway, Suite 1540<br>San Diego, CA 92101 |
| 6 | | Telephone: (619) 230-0063<br>Facsimile: (619) 255-1856 |
| 7 | | Email: frankj@johnsonandweaver.com<br>       phongt@johnsonandweaver.com |
| 8 | | Michael I. Fistel, Jr. |
| 9 | | 40 Powder Springs Street, Suite 300<br>Marietta, GA 30064 |
| 10 | | Telephone: (770) 200-3104<br>Facsimile: (770) 200-3101 |
| 11 | | Email: michaelf@johnsonandweaver.com |
| 12 | | *Counsel for Plaintiff Bart Stadnicki* |
| 13 | DATED: July 14, 2016 | **MILBANK, TWEED, HADLEY<br>& MCCLOY LLP** |
| 14 | | |
| 15 | | |
| 16 | | By: */s/ Robert J. Liubicic*<br>Robert J. Liubicic |
| 17 | | 2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| 18 | | Telephone: (424) 386-4525<br>Facsimile: (213) 892-4725 |
| 19 | | Email: rliubicic@milbank.com |
| 20 | | Adam Fee<br>28 Liberty Street |
| 21 | | New York, NY 10005<br>Telephone: (212) 530-5101 |
| 22 | | Facsimile: (212) 822-5101<br>Email: afee@milbank.com |
| 23 | | *Counsel for Class & Derivative Defendant*<br>*Renaud Laplanche* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

-3-
STIPULATION AND [PROPOSED] ORDER TO RELATE CASES
Case Nos. 3:16-cv-02627-WHA, 3:16-02670-WHA, 3:16-cv-03072-JCS

| | | |
|---|---|---|
| 1 | DATED: July 14, 2016 | **FENWICK & WEST LLP** |
| 2 | | |
| 3 | | By: */s/ Jay L. Pomerantz* |
| 4 | | Jay L. Pomerantz<br>Carly L. Bittman |
| 5 | | Silicon Valley Center<br>801 California Street |
| 6 | | Mountain View, CA 94041<br>Telephone: (650) 988-8500 |
| 7 | | Facsimile: (650) 938-5200<br>Email: jpomerantz@fenwick.com |
| 8 | | cbittman@fenwick.com |
| 9 | | Kevin P. Muck<br>Diana Chang |
| 10 | | Sebastian E. Kaplan<br>555 California Street, 12th Floor |
| 11 | | San Francisco, CA 94104<br>Telephone: (415) 875-2387 |
| 12 | | Facsimile: (415) 281-1350<br>Email: kmuck@fenwick.com |
| 13 | | dchang@fenwick.com<br>skaplan@fenwick.com |
| 14 | | *Counsel for Class Defendants* |
| 15 | | *Carrie L. Dolan and LendingClub*<br>*Corporation* |
| 16 | | *Counsel for Derivative Defendants* |
| 17 | | *Carrie L. Dolan, Scott Sanborn, Daniel T.*<br>*Ciporin, Jeffrey Crowe, Rebecca Lynn,* |
| 18 | | *John J. Mack, Mary Meeker, John C.*<br>*Morris, Lawrence H. Summers, Simon* |
| 19 | | *Williams, and Nominal Defendant*<br>*LendingClub Corporation* |
| 20 | | |
| 21 | **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))** | |
| 22 | In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of | |
| 23 | this document has been obtained from the signatory. | |
| 24 | | |
| 25 | Dated: July 14, 2016 | **JOHNSON & WEAVER, LLP** |
| 26 | | */s/ Frank J. Johnson* |
| 27 | | Frank J. Johnson |
| 28 | | *Counsel for Plaintiff Bart Stadnicki* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

THE HONORABLE WILLIAM ALSUP
United States District Judge

## PROOF OF SERVICE

I am employed in the County of San Diego. I am over the age of eighteen years and am not a party to the within entitled action. My business address is 600 West Broadway, Suite 1540, San Diego, California 92101.

On July 14, 2016, I caused to have served a copy of the following document:

**1) STIPULATION AND [PROPOSED] ORDER TO RELATE CASES**

[X] [BY MAIL] By placing a true copy thereof in a sealed envelope addressed as below, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business.

| | |
|---|---|
| Jacob A. Walker<br>**BLOCK & LEVITON LLP**<br>155 Federal Street, Suite 400<br>Boston, MA 02110<br>Telephone: (617) 398-5600<br>Email: jake@blockesq.com<br><br>Lesley E. Weaver<br>**BLOCK & LEVITON LLP**<br>610 16th Street, Suite 214<br>Oakland, CA 94612<br>Telephone: (415) 968-8999<br>Facsimile: (617) 507-6020<br>Email: lweaver@blockesq.com<br><br>*Counsel for Plaintiff Nicole Wertz* | Robert J. Liubicic<br>**MILBANK, TWEED, HADLEY<br>& MCCLOY LLP**<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4525<br>Facsimile: (213) 892-4725<br>Email: rliubicic@milbank.com<br><br>Adam Fee<br>**MILBANK, TWEED, HADLEY<br>& MCCLOY LLP**<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (212) 530-5101<br>Facsimile: (212) 822-5101<br>Email: afee@milbank.com<br><br>*Counsel for Class & Derivative Defendant<br>Renaud Laplanche* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2016, at San Diego, California.

*/s Frank J. Johnson*
FRANK J. JOHNSON