BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

NICHOLAS E. CHIMICLES
nick@chimicles.com
KIMBERLY DONALDSON SMITH
kimdonaldsonsmith@chimicles.com
CHRISTINA DONATO SALER
cdsaler@chimicles.com
CATHERINE PRATSINAKIS
cpratsinakis@chimicles.com
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone:  610/642-8500
Facsimile:  610-649-3633

*Counsel for Movant Boston Retirement System*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEVE EVELLARD, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:16-cv-02627 WHA |
| Plaintiff, | **BOSTON RETIREMENT SYSTEM'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAD PLAINTIFF** |
| v. | JUDGE: Hon. William Alsup |
| LENDINGCLUB CORPORATION; RENAUD LAPLANCHE, and CARRIE L. DOLAN, | DEPT: 8 – 19th Floor<br>DATE: August 15, 2016<br>TIME: 10:00 A.M. |
| Defendants. | |

| | |
|---|---|
| NICOLE WERTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RENAUD LAPLANCHE, CARRIE DOLAN, and LENDINGCLUB CORPORATION,<br><br>Defendants. | Case No. 3:16-cv-02670 WHA |

In the above-captioned related actions, the Boston Retirement System ("BRS") filed a motion pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") requesting that the Court consolidate the related actions, appoint BRS as Lead Plaintiff and approve its selection of Wolf Haldenstein Adler Freeman & Herz LLP and Chimicles & Tikellis LLP as Co-Lead Counsel for the Class. (Dkt. No. 35). In addition to BRS, there were six other movants. In reviewing the motion papers of each of the other movants, BRS recognizes that certain of the institutional investor movants have asserted losses in LendingClub's common stock during the defined class period greater than the losses incurred by BRS from the alleged securities fraud. Accordingly, among the movants, BRS does not have the largest financial interest in the relief being sought by the Class (*see* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb) and 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I)(bb)), and hereby withdraws its motion (Dkt. No. 35).

DATED: July 29, 2015

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Betsy C. Manifold*
BETSY C. MANIFOLD

BETSY C. MANIFOLD
RACHELE R. RICKERT
MARISA C. LIVESAY
BRITTANY N. DEJONG
750 B Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
rickert@whafh.com
livesay@whafh.com
dejong@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
GREGORY M. NESPOLE
THOMAS H. BURT
270 Madison Ave
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653
nespole@whafh.com
burt@whafh.com

- 1 –
BOSTON RETIREMENT SYSTEM'S NOT. OF WITHDRAWAL OF MOTION FOR LEAD PLAINTIFF
CASE NO. 3:16-cv-02627-WHA

| | |
|---|---|
| 1 | |
| 2 | **CHIMICLES & TIKELLIS LLP**<br>NICHOLAS E. CHIMICLES |
| 3 | KIMBERLY DONALDSON SMITH<br>CHRISTINA DONATO SALER |
| 4 | CATHERINE PRATSINAKIS<br>One Haverford Centre |
| 5 | 361 West Lancaster Avenue<br>Haverford, PA 19041 |
| 6 | Telephone: 610/642-8500<br>Facsimile: 610-649-3633 |
| 7 | nick@chimicles.com<br>kimdonaldsonsmith@chimicles.com |
| 8 | cdsaler@chimicles.com<br>cpratsinakis@chimicles.com |
| 9 | *Counsel for Movant Boston Retirement System* |

LENDINGCLUB: 23191

- 2 -
BOSTON RETIREMENT SYSTEM'S NOT. OF WITHDRAWAL OF MOTION FOR LEAD PLAINTIFF
CASE NO. 3:16-cv-02627-WHA