**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
Richard M. Heimann (Cal. Bar No. 063607)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: rheimann@lchb.com

*Proposed Liaison Counsel for the Class*

**SPECTOR ROSEMAN KODROFF &**
**WILLIS, P.C.**
Robert M. Roseman
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: rroseman@srkw-law.com

*Counsel for the Northern Ireland Local*
*Government Officers' Superannuation*
*Committee and Proposed Lead Counsel for*
*the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEVE EVELLARD, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>LENDINGCLUB CORPORATION, RENAUD LAPLANCHE, and CARRIE L. DOLAN,<br><br>     Defendants. | Case No. 3:16-cv-02627-WHA<br><br>**RESPONSE OF THE NORTHERN IRELAND LOCAL GOVERNMENT OFFICERS' SUPERANNUATION COMMITTEE TO MOTIONS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>CLASS ACTION<br><br>DATE: August 15, 2016<br>TIME: 10:00 a.m.<br>CTRM: 8, 19th Floor<br>JUDGE: Hon. William H. Alsup |

NICOLE WERTZ, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

RENAUD LAPLANCHE, CARRIE DOLAN, and LENDINGCLUB CORPORATION,

Defendants.

On July 15, 2016, the Northern Ireland Local Government Officers' Superannuation Committee ("NILGOSC") filed a timely motion seeking an Order: (i) consolidating the above-captioned related actions; (ii) appointing NILGOSC as Lead Plaintiff in the consolidated action; and (iii) approving NILGOSC's selection of Lead Counsel and Liaison Counsel for the putative class. *See* Dkt. No. 47. Several other motions were filed on the same day by movants seeking appointment as Lead Plaintiff. *See* Dkt. Nos. 27, 31, 35, 50, 57, 64. Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of FED. R. CIV. P. 23 is the "most adequate plaintiff." 15 U.S.C. § 78u-4(a)(3)(B)(iii).

Here, while NILGOSC suffered more than $8.3 million in losses on its Class period investment in LendingClub Corporation stock, NILGOSC recognizes that the Water and Power Employees' Retirement, Disability and Death Plan of the City of Los Angeles (the "LA Water and Power Fund") is the most adequate plaintiff and entitled to be appointed lead plaintiff based upon its larger losses and satisfaction of the Rule 23 requirements. That said, NILGOSC remains willing and able to serve as Lead Plaintiff on behalf of the class in the event the Court declines to appoint the LA Water and Power Fund.

DATED: July 29, 2016

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By:     */s/ Richard M. Heimann*
Richard M. Heimann (Cal. Bar No. 063607)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:     (415) 956-1000
Facsimile:     (415) 956-1008
Email: rheimann@lchb.com

*Proposed Liaison Counsel for the Class*

**SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.**
Robert M. Roseman
Andrew D. Abramowitz
Andrew N. Dodemaide
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone:     (215) 496-0300
Facsimile:     (215) 496-6611
Email: rroseman@srkw-law.com
        aabramowitz@srkw-law.com
        adodemaide@srkw-law.com

-and-

Mark S. Willis
1101 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004
Telephone:     (202) 756-3600
Facsimile:     (202) 756-3602
Email: mwillis@srkw-law.com

*Counsel for the Northern Ireland Local
Government Officers' Superannuation Committee
and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2016, I caused the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record through the Court's CM/ECF system.

Dated: July 29, 2016
/s/ *Richard M. Heimann*
Richard M. Heimann