IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEVE EVELLARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGCLUB CORPORATION, RENAUD LAPLANCHE, and CARRIE L. DOLAN,<br><br>Defendants. | No. C 16-02627 WHA |
| NICOLE WERTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDINGCLUB CORPORATION, RENAUD LAPLANCHE, and CARRIE L. DOLAN,<br><br>Defendants. | No. C 16-02670 WHA<br><br>**NOTICE REGARDING HEARING RE APPOINTMENT OF LEAD PLAINTIFF** |

In light of the fact that all lead plaintiff candidates but one have either withdrawn or submitted statements of non-opposition, counsel should be prepared to explain the full extent to which any agreements or deals of any type, formal or informal, have been made between counsel or lead plaintiff candidates.

The Water and Power Employees' Retirement System, Disability and Death Plan of the City of Los Angeles has identified Jeremy Wolfson, Chief Investment Officer, as the individual

who would be primarily in charge of managing litigation responsibilities. The Court expects Mr. Wolfson to be present at the hearing on August 15, 2016.

**IT IS SO ORDERED.**

Dated: August 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE