ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DARREN J. ROBBINS (168593)
JASON A. FORGE (181542)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
dmyers@rgrdlaw.com

Counsel for Lead Plaintiff the Water and Power
Employees' Retirement, Disability
and Death Plan of the City of Los Angeles

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEVE EVELLARD, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>LENDINGCLUB CORPORATION, et al.,<br><br>      Defendants. | Case No. 3:16-cv-02627-WHA<br><br>CLASS ACTION<br><br>DECLARATION OF JASON A. FORGE IN SUPPORT OF WATER AND POWER EMPLOYEES' RETIREMENT, DISABILITY AND DEATH PLAN OF THE CITY OF LOS ANGELES' MOTION FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

1188249_1

I, JASON A. FORGE, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff Water and Power Employees' Retirement, Disability and Death Plan of the City of Los Angeles (the "Retirement Plan") in the above-captioned action. I make this declaration in support of the Retirement Plan's Motion for Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Los Angeles City Attorney's Office Request for Proposals (RFP) for Class Counsel in the Securities Class Action Pending in the Northern District of California Against LendingClub Corporation, *et al*. dated August 18, 2016; and

Exhibit 2: Robbins Geller Rudman & Dowd LLP's firm resume.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2016.

                                                             s/ Jason A. Forge
                                                             JASON A. FORGE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 28, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 28, 2016.

    s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:jforge@rgrdlaw.com

1188249_1

Mailing Information for a Case 3:16-cv-02627-WHA Evellard v. LendingClub Corporation et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carly Lee Bittman**
  cbittman@fenwick.com

- **Nair Diana Chang**
  dchang@fenwick.com

- **Brittany Nicole DeJong**
  dejong@whafh.com

- **Jason A. Forge**
  jforge@rgrdlaw.com

- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com,fbrizuela@kmllp.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,michaelf@johnsonandweaver.com,ceciliar@johnsonandweaver.com

- **Sebastian Elan Kaplan**
  skaplan@fenwick.com,sellenburg@fenwick.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com

- **Robert John Liubicic**
  RLIUBICIC@MILBANK.COM,SRothenberg@milbank.com,AFee@milbank.com

- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com

- **Betsy Carol Manifold**
  manifold@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,kayoung@fenwick.com,lkelleybourne@fenwick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,Scott.Foglietta@blbglaw.com,AdamW@blbglaw.com,amyn@blbglaw.com,lisa.napoleon@blbglaw.com,jessica.cuccurullo@blbglaw.com,kayem@blbglaw.com,nikim@blbglaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Jay L. Pomerantz**
  jpomerantz@fenwick.com,slim@fenwick.com

- **Rachele R. Rickert**
  rickert@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sarah L. Rothenberg**
  srothenberg@milbank.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`