# EXHIBIT 1

**MEMORANDUM FOR
ENGAGEMENT OF COUNSEL**

TO: PROSPECTIVE COUNSEL

FROM: THE LOS ANGELES CITY ATTORNEY'S OFFICE

DATE: August 18, 2016

RE: REQUEST FOR PROPOSALS (RFP) FOR CLASS COUNSEL IN THE SECURITIES CLASS ACTION PENDING IN THE NORTHERN DISTRICT OF CALIFORNIA AGAINST LENDINGCLUB CORPORATION, ET AL.

All materials shall become a part of the proposal, and may be incorporated in a subsequent contract with the Board of Administration of the Water and Power Employees' Retirement Plan.

Proposals must be submitted <u>electronically</u> to all of the following:

(1) jeremy.wolfson@ladwp.com
(2) alan.manning@lacity.org
(3) anne.haley@lacity.org

In addition, <u>two</u> <u>written</u> <u>copies</u> of each proposal must be submitted as instructed below.

Proposals must be received no later than:

**4:00 p.m. on SEPTEMBER 2, 2016**

Written proposals shall be submitted in a sealed package, clearly marked with:

**RFP for Class Counsel re: LENDINGCLUB CLASS ACTION**

Written proposals shall be addressed to:

Anne Haley
Assistant City Attorney
Los Angeles City Attorney's Office
Outside Counsel Oversight Division
200 North Main Street, 8th Floor CHE
Los Angeles, CA 90012

All forms referred to in this RFP are available at LABAVN.org. Please go to LABAVN.org to register your firm and to complete the relevant City Contracting Requirements.

Procedural questions regarding this RFP shall be directed to Assistant City Attorney Anne Haley at *anne.haley@lacity.org*.

I. **CONFIDENTIALITY**

Should any proposer receiving this memorandum reasonably believe that a waivable potential conflict may exist by reason of its representation of some other entity, the Los Angeles City Attorney's Office and the LADWP request that this memorandum not be shared with any other represented entity, and if a question exists regarding any potential conflict of interest pursuant to Rule 3-310 of the California Rules of Professional Conflict, that the firm scrupulously observe the requirements of Section 6068(e) of the California Business and Professions Code and uncompromisingly maintain fully the confidentiality of this document. Any questions in connection with issues of conflicts of interest should be addressed to Anne Haley, Assistant City Attorney, at 213 978-8100.

II. **THE PROPOSED SERVICES**

On August 15, 2016, the Water and Power Employees' Retirement, Disability and Death Benefit Plan of the City of Los Angeles ("WPERP") was appointed lead plaintiff in STEEVE EVELLARD v. LENDINGCLUB CORPORATION ET AL. (Case No. C 16-02627, USDC, ND California) and NICOLE WERTZ v. LENDINGCLUB ET AL. (Case No. 16-02670, USDC, ND California), and the cases were consolidated. WPERP and the City Attorney's Office are soliciting proposals from qualified law firms interested in being retained as class counsel in this consolidated class action (the "LendingClub Class Action"), subject to court approval. Counsel should have substantial experience, expertise, and adequate resources to fund and prosecute a major securities class action alleging, without limitation, violations of the Securities Act of 1933 and the Securities Exchange Act of 1934.

III. **CONTENT OF RESPONSE**

### A. Cover Letter

Each response must be accompanied by a cover letter that contains a general statement of the purpose for submission and includes the following information:

1. Name, address, telephone number, and legal business status (individual, partnership, corporation, etc.) of the proposer.

2. Name, title, address and telephone number of the person or persons authorized to represent the proposer in order to enter into negotiations with the City with respect to the RFP and any subsequent awarded contract. The cover letter shall also indicate any limitation of authority for any person named.

3. If the respondent is a partnership, the response must be signed in the name of the partnership by a general partner. If the respondent is a corporation, the response must be signed on behalf of the corporation by two authorized officers (a Chairman of the Board, President or Vice-President, and a secretary, treasurer or chief financial officer) or an officer authorized by the Board of Directors to execute such documents on behalf of the corporation.

4. All above signatures must be original and in ink.

## IV. THE REQUESTED QUALIFICATIONS FOR THIS WORK

Selection of any firm or firms may be based upon, but is not exclusively limited to, the following general criteria:

- The quality and responsiveness of the proposer's proposal.

- The quality of responses provided to the questions set forth below and to the questions asked during any interview.

- The firm's track record – the firm's specific expertise in securities class actions.

- The particular lawyers assigned to the case, including the specific experience of those lawyers in representing plaintiffs in securities class actions.

- The fee proposal, including the cost effectiveness of the services provided.

- Willingness and demonstrated ability to finance prosecution of the case.

- The firm's proposal for how it intends to prosecute the case

Please respond to the following:

A. Are you and/or your firm presently involved in any litigation involving the City of Los Angeles? If so, provide the jurisdiction, case name and number and a brief description of the matter.

B. How many offices does your firm have, and where are they located? What is the total number of attorneys your firm employs? How many attorneys work full-time in your securities litigation practice? Which office serves as the headquarters of your securities litigation practice?

C. Describe your firm's non-attorney resources for prosecuting securities litigation class actions, including paralegals and other personnel.

D. Identify the attorneys who would be assigned to the LendingClub Class Action if your firm is appointed Class Counsel, specify the role/responsibilities of each, and provide a résumé for each. Also, identify other staff who would work on the case.

E. For the attorneys identified above, state in detail the experience each attorney has in prosecuting securities class action lawsuits, identifying each class action handled and, in each, specifying: (a) case name; (b) month and year filed; (c) identity of lead plaintiff; (d) identity of co-counsel, if any; (e) total class loss; (f)

  disposition of the case; (g) gross amount of recovery, if any; (h) amount of recovery, if any, net of fees and expenses; and (i) any other information which reflects favorably on the attorney's or your firm's expertise in prosecuting securities class actions.

 F. What is your firm's best and final fee proposal, stated as a percentage of the class recovery net of fees and expenses?  Are you open to further negotiation?

 G. Describe your firm's ability and willingness to finance the prosecution of the case.

 H. What is your plan for prosecution of the case?

 I. In connection with this RFP, the WPERP desires to contract with counsel who will be responsive and available on a consistent basis throughout the term of the contract ultimately entered into.  What safeguards can you and/or the firm offer to ensure that the team assigned to handle matters arising out of this RFP is affected to the lowest extent possible by turnover and other impacts to continuity?

 J. Does your firm have a City of Los Angeles business tax registration certificate?  If yes, what is the number and expiration date?

## V. CONFLICTS OF INTEREST

Provide information on whether your firm represents any interests which may constitute a conflict of interest in the representation of the WPERP, the Los Angeles Department of Water and Power, and/or the City of Los Angeles.

## VI. MANDATORY CITY REQUIREMENTS

**Coverage of RFP Items**

The RFP response must cover the proposed services and all the RFP requirements.  Any limitation in the proposer's ability to supply information requested in the RFP or to support or to perform a particular function should be stated in detail in the appropriate section of your response.  Any omissions or deviations from the requirements set forth in this RFP shall be fully described.  Failure to adhere to the following format may be a cause for the rejection of the proposal as non-responsive.

Any additional documents that the proposer is required to sign are located at LABAVN.org.

 A. **Recycled Paper**

  Outside Counsel shall submit all written documents on paper with a minimum of 30 percent post-consumer recycled content.  Existing Outside Counsel letterhead or stationery that accompanies these documents is exempt from this requirement.  Pages should be double-sided.  Neon or fluorescent paper shall not be used in any written documents submitted.

B.  **Non-Discrimination and Equal Employment Practices**

The proposer shall not discriminate in employment practices against any employee or applicant for employment because of race, religion, national origin, sex, age, or physical handicap. The proposer shall complete, sign, and submit the "Non-Discrimination and Equal Employment Practices" (2 pages) affidavit as a part of its written proposal responding to the RFP.

C.  **Affirmative Action Plan**

The proposer shall have an Affirmative Action Plan on file with the Director of Supply Chain Services. The proposer shall comply with the requirements of the City of Los Angeles and shall complete, sign, and submit the "Affirmative Action Plan" (3 pages) affidavit as a part of its written proposal responding to the RFP.

An Affirmative Action Plan shall be in effect and on file for the duration of the contract period.

D.  **Equal Benefits Ordinance**

The contract resulting from this proposal is subject to applicable provisions of the Equal Benefits Ordinance (EBO), Division 10, Chapter 1, Article 1, Section 10.8.2.1 of the City of Los Angeles Administrative Code.

As part of their proposal, proposers shall complete and submit the "Equal Benefits Ordinance Compliance Affidavit" (2 pages). Failure to comply with these requirements shall result in the proposer being deemed nonresponsive.

Proposers do not need to submit supporting documentation with their proposals. However, the City reserves the right to request supporting documentation to verify that benefits are provided equally as specified on the Equal Benefits Ordinance Compliance Affidavit.

Proposers seeking additional information regarding the requirements of the Equal Benefits Ordinance may visit the Bureau of Contract Administration's website at http://bca.lacity.org.

E.  **Contractor Responsibility Program**

The contract resulting from this bid is subject to applicable provisions of the Contractor Responsibility Program Ordinance, Division 10, Chapter 1, Article 14 of the City of Los Angeles Administrative Code.

As part of their proposal, proposers shall complete and submit the "Pledge of Compliance with Contractor Responsibility Ordinance" (1 page) and "Responsibility Questionnaire" (9 pages) affidavits. Failure to comply with these requirements may result in the proposer being deemed nonresponsive.

The Contractor Responsibility Program also requires that during the term of the contract, the successful proposer shall update responses to the "Responsibility Questionnaire" affidavit within thirty (30) calendar days after any changes to the responses previously provided, if such change would affect contractor's fitness and ability to continue performing the contract.

F. **Living Wage**

Submittal of a response to this Request for Proposal stipulates and confirms that the undersigned (Proposer) agrees to comply with the applicable provisions of the Service Contract Workers Retention Ordinance (Section 10.36) and Living Wage (Section 10.37) of the Los Angeles Administrative Code. (SCWRO/LWO).

G. **Child Support Policy**

In accordance with the City of Los Angeles Ordinance No. 172401, the City requires all contractors and subcontractors performing work for the City to comply with all reporting requirements and wage earning assignments relative to court ordered child support.

All proposers are required to complete the Certification of Compliance with Child Support Obligations. Failure to return the completed certification as part of the bid or proposal may result in the bid or proposal being deemed non-responsive to these specifications.

H. **Los Angeles City Tax Registration Certificate**

Provide the Contractor's Business Tax Registration Certificate or Business Tax Exemption Number. Policy regarding Business Tax Registration is presented in the contracting forms section.

I. **Taxpayer Identification Number**

Provide the proposer's Taxpayer Identification Number on Form W-9.

J. **Bidder Contributions and Fundraising Limits**

Persons who submit a response to this solicitation (proposers) are subject to Charter section 470(c)(12) and related ordinances.  As a result, proposers may not make campaign contributions to and or engage in fundraising for certain elected City officials or candidates for elected City office from the time they submit the response until either the contract is approved or, for successful proposers, 12 months after the contract is signed.  The proposer's principals and subcontractors performing $100,000 or more in work on the contract, as well as the principals of those subcontractors, are also subject to the same limitations on campaign contributions and fundraising.

      As part of their proposal, proposers shall complete, sign, and submit the City Ethics Commission's "CEC Form 50" (1 page) and "CEC Form 55" (3 pages) affidavits.  The affidavits require proposers to identify their principals, their subcontractors performing $100,000 or more in work on the contract, and the principals of those subcontractors.  Proposers must also notify their principals and subcontractors in writing of the restrictions and include the notice in contracts with subcontractors.  Responses submitted without completed "CEC Form 50" and "CEC Form 55" affidavits shall be deemed nonresponsive.  Proposers who fail to comply with City law may be subject to penalties, termination of contract, and debarment.  Additional information regarding these restrictions and requirements may be obtained from the City Ethics Commission at (213) 978-1960 or <u>ethics.lacity.org</u>.

**VII.**    **<u>GENERAL CITY RESERVATIONS</u>**

A.    City reserves the right to verify the information in the Response.

B.    If a firm knowingly and willfully submits false performance or other data, the City reserves the right to reject that Response.  If a contract was awarded as a result of false statements or other data submitted in response to this RFP, the City reserves the right to terminate that contract.

C.    Submission of a response to this RFP shall constitute acknowledgment and acceptance of the terms and conditions set forth herein.  Responses and the offers contained therein shall remain valid for a period of one hundred and twenty (120) days from the date set for receipt of responses.  Firms awarded a contract pursuant to this RFP will be required to enter into a written contract with the City approved as to form by the City Attorney.  This RFP and Response, or any parts thereof, may be incorporated into and made a part of the final contract.  The City reserves the right to further negotiate the terms and conditions of the contract.  The final contract offer of the City may contain additional terms or terms different from those set forth herein.

D.    Late Responses will not be considered.  The City, in their sole discretion, reserve the right to determine the timeliness of all Responses submitted. The City reserves the right to waive any informality in the process when to do so is in the best interest of the City.

E.    The City reserves the right to withdraw this RFP at any time without prior notice and the right to reject any and all Responses.  The City makes no representation that any contract will be awarded to any firm responding to this RFP.  The City reserves the right to extend the deadline for submission.  Firms will have the right to revise their Response in the event the deadline is extended.  Each proposer must send an E-mail address to <u>anne.haley@lacity.org</u> as soon as possible, so that the City Attorney may contact proposer if necessary to amend this RFP or for any other reason.  Failure to provide such an E-mail address will preclude

       City Attorney's ability to contact you, but will not excuse you from being required to comply with any amendments.  The City would not, in that case, be liable for your failure to receive such notice and any resultant non-responsiveness or noncompliance on your part.  If you do not have an E-mail address, please provide a postal address for this purpose.

F.     A proposer may withdraw its Response prior to the specified due date and time.  A written request to withdraw, signed by an authorized representative of the proposer, must be submitted to the City Attorney at the address specified herein for submittal of proposal.  After withdrawing a previously submitted proposal, the proposer may submit another proposal at any time up to the specified submission deadline.

G.    All costs of Response preparation shall be borne by the firm.  The City shall not, in any event, be liable for any pre-contractual expenses incurred by the firm in the preparation and/or submission of the Response.

H.    Unnecessarily elaborate or lengthy Responses or other presentations beyond those needed to give sufficient and clear response to all of the RFP requirements are not desired.

I.     The Response must set forth accurate and complete information as required in this RFP.  Unclear, incomplete, and/or inaccurate documentation may not be considered for contract award.

J.     Responses shall be reviewed and rated by the City as submitted.  Firms may make no changes or additions after the deadline for receipt.

K.    A firm will not be recommended for a contract award, regardless of the merits of the Response submitted, if it has a history of contract noncompliance with the City, or other funding source or poor past or current performance with the City, or other funding source.

L.     The City reserves the right to retain all Responses submitted and the Responses shall become the property of the City.  Any department or agency of the City has the right to use any of the ideas presented in the Responses submitted in response to this RFP.  All Responses received by the City will be considered public records subject to disclosure under the Public Records Act. (California Government Code Section 6250 et seq.) Applicants must identify any material they claim is exempt from disclosure under the Public Records Act.  In the event such exemption is claimed, the applicant will be required to state in the Response that he or she will defend any action brought against the City and/or any of its Departments for its refusal to disclose such material to any party making a request thereof.  Failure to include such a statement shall constitute a waiver of proposer's right to exemption from disclosure.

M. Upon completion of all work under this contract, ownership and title of all reports, documents, plans, drawings, specifications, and estimates produced as part of this contract will automatically be vested in the City of Los Angeles, and no further agreement will be necessary to transfer ownership to the City. Copies made for the contractor's records shall not be furnished to others without written authorization from the City.

N. Any contract awarded pursuant to this RFP is subject to the Contractor Evaluation Ordinance, Los Angeles Administrative Code Section 10.39, which requires awarding authorities to evaluate contractor's performance and retain such evaluative information in a data bank for future reference.

O. The contract awarded from this RFP is expected to begin in September, 2016 and last up to three years.

P. The City may award a contract on the basis of proposals submitted, without discussions, or may negotiate further with those proposers within a competitive range. Proposals should be submitted on the most favorable terms the proposer can provide.

## VIII.  CLARIFICATION

If additional information is needed to interpret the substance of this RFP, written questions shall be submitted to jeremy.wolfson@ladwp.com and/or james.napier@lacity.org.

All respondents shall have and provide an active e-mail address to receive responses to the questions.

## IX.  SIGNATURES AND DECLARATIONS

Each proposal must be signed on behalf of the proposer by an officer authorized to bind the proposer, and must include the following declaration:

This proposal is genuine, and not a sham or collusive, nor made in the interest or on behalf of any person not herein named; the proposer has not directly or indirectly induced or solicited any other proposer to put in a sham bid, or any other person, firm or corporation to refrain from submitting a proposal, and the proposer has not in any manner sought by collusion to secure for themselves an advantage over any other proposer.