United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEEVE EVELLARD, Individually and on
Behalf of All Others Similarly Situated,

          Plaintiff,

  v.

LENDINGCLUB CORPORATION, RENAUD
LAPLANCHE, and CARRIE L. DOLAN,

          Defendants.

                               /

No. C 16-02627 WHA

NICOLE WERTZ, Individually and on Behalf of All
Others Similarly Situated,

          Plaintiff,

  v.

LENDINGCLUB CORPORATION, RENAUD
LAPLANCHE, and CARRIE L. DOLAN,

          Defendants.

                               /

No. C 16-02670 WHA

**ORDER TO SUBMIT ALL
PROPOSALS UNDER SEAL**

      In order to review lead plaintiff's selection of counsel, the Court needs to see the
proposals of all of the law firms that applied to be counsel. **BY NOON TOMORROW, OCTOBER
6, 2016**, lead plaintiff shall submit under seal all proposals received.

      **IT IS SO ORDERED.**

Dated:  October 5, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE