IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEVE EVELLARD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LENDINGCLUB CORPORATION, RENAUD LAPLANCHE, and CARRIE L. DOLAN,<br><br>　　　　Defendants.<br>_____ / | No. C 16-02627 WHA |
| NICOLE WERTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LENDINGCLUB CORPORATION, RENAUD LAPLANCHE, and CARRIE L. DOLAN,<br><br>　　　　Defendants.<br>_____ / | No. C 16-02670 WHA<br><br>**ORDER RE SEALING MOTIONS** |

　　　Lead plaintiff seeks leave to file under seal several documents submitted in connection with the motion to appoint lead counsel (Dkt. Nos. 99, 104, 109).  Good cause shown, the motions are **GRANTED**.

　　　**IT IS SO ORDERED.**

Dated: October 18, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE