IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEVE EVELLARD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LENDINGCLUB CORPORATION, RENAUD LAPLANCHE, and CARRIE L. DOLAN,<br><br>    Defendants.<br>———————————————————— / | No. C 16-02627 WHA |
| NICOLE WERTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LENDINGCLUB CORPORATION, RENAUD LAPLANCHE, and CARRIE L. DOLAN,<br><br>    Defendants.<br>———————————————————— / | No. C 16-02670 WHA<br><br>**ORDER APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL** |

After an *in camera* conference at which statements from a representative of the City Attorney's office and of the Board of WPERP were taken under oath and supplemental sworn declarations, the Court is persuaded that the selection of Robbins Geller was within the scope of several reasonable choices and was not influenced by any pay-to-play considerations. Therefore, the selection of Robbins Geller as counsel for lead plaintiff is approved. By **DECEMBER 9 AT NOON**, counsel shall file a consolidated complaint.

The Court appreciates the time and effort undertaken by the nine other firms that applied to serve as counsel for lead plaintiff. In the course of preparing for the hearing, the Court reviewed some of the submissions made by candidates for selection as counsel for lead plaintiff and read with particularity the fee proposals, staffing proposals, and counsel's track records. The Court did *not* read passages dealing with plans for prosecuting the case. If any party in this action has any objection to the Court retaining this information, any objection must be made by **NOVEMBER 3 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 28, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2