UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEVE EVELLARD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LENDINGCLUB CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:16-cv-02627-WHA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

1199675_1

1    This matter comes before the Court on Lead Plaintiff Water and Power Employees'
2 Retirement, Disability and Death Plan of the City of Los Angeles's ("WPERP") Administrative
3 Motion to File Under Seal ("Administrative Motion") and the declaration of Jason A. Forge in
4 support of the Administrative Motion.

5    Upon consideration of the foregoing Administrative Motion, as well as the Court's prior
6 orders concerning the sensitive nature of the inquiry into WPERP's process for selecting lead
7 counsel, IT IS HEREBY ORDERED that:

8    Lead Plaintiff's Administrative Motion is GRANTED and the declarations of Jason A. Forge
9 and Alan L. Manning are to be filed under seal.

10   IT IS SO ORDERED.

11 DATED: October 28, 2016.                    _____
                                               THE HONORABLE WILLIAM ALSUP
12                                             UNITED STATES DISTRICT JUDGE

13 Submitted by:

14 ROBBINS GELLER RUDMAN
     & DOWD LLP
15 DARREN J. ROBBINS
   JASON A. FORGE
16 DANIELLE S. MYERS

17         s/ Jason A. Forge
           JASON A. FORGE
18
19 655 West Broadway, Suite 1900
   San Diego, CA  92101
20 Telephone:  619/231-1058
   619/231-7423 (fax)

21 ROBBINS GELLER RUDMAN
     & DOWD LLP
22 SHAWN A. WILLIAMS
   Post Montgomery Center
23 One Montgomery Street, Suite 1800
   San Francisco, CA  94104
24 Telephone:  415/288-4545
   415/288-4534 (fax)

25
26 Counsel for Lead Plaintiff the Water and
   Power Employees' Retirement, Disability
27 and Death Plan of the City of Los Angeles

28