ROBBINS GELLER RUDMAN
  &DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
     – and –
DARREN J. ROBBINS (168593)
JASON A. FORGE (181542)
SCOTT H. SAHAM (188355)
CARISSA J. DOLAN (303887)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
scotts@rgrdlaw.com
cdolan@rgrdlaw.com
malbert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEVE EVELLARD, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>LENDINGCLUB CORPORATION, et al.,<br><br>                  Defendants. | Case No. 3:16-cv-02627-WHA<br><br><u>CLASS ACTION</u><br><br>AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION OF ACTION |

1214675_1

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the above parties, as follows:

1. On August 15, 2016, the Court consolidated two actions, *Evellard v. LendingClub Corporation, et al.*, Case No. 3:16-cv-02627-WHA ("*Evellard*"), and *Wertz v. Laplanche, et al.*, Case No. 3:16-cv-02670-WHA ("*Wertz*"), and appointed Water and Power Employees' Retirement, Disability and Death Plan of the City of Los Angeles ("WPERP") as Lead Plaintiff in the consolidated action ("*LendingClub Securities Litigation*"). *See* Dkt. No. 90.

2. The new caption in the *LendingClub Securities Litigation* shall be:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re LENDINGCLUB SECURITIES LITIGATION | ) ) ) | Case No. 3:16-cv-02627-WHA |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) | |

3. All future filings in the *Evellard* and *Wertz* actions shall be filed only in the *LendingClub Securities Litigation* action with the *LendingClub Securities Litigation* action case number and the *LendingClub Securities Litigation* action caption.

4. All prior orders and filing deadlines remain.

DATED: December 9, 2016

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 9, 2016.   _____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE