1
2
3
4
5
6
7
8
9
10
11
12
13                          UNITED STATES DISTRICT COURT
14                         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  In re LENDINGCLUB SECURITIES LITIGATION ) | Case No. 3:16-cv-02627-WHA |
| 16 ) | <u>CLASS ACTION</u> |
| 17  This Document Relates To: ) | [PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE |
| 18            ALL ACTIONS. ) | MOTION TO EXCEED PAGE LIMITS |
| 19 ) | |

20
21
22
23
24
25
26
27
28

1234125_1

1  Having considered Plaintiff's Administrative Motion to Exceed Page Limits, and any

2  opposition thereto,

3  IT IS ORDERED that:

4  Plaintiff's Administrative Motion to Exceed Page Limits is GRANTED.  In lieu of filing

5  separate briefs, plaintiff may file a single omnibus brief not exceeding 45 pages in opposition to

6  defendants' motions to dismiss.

7  DATED: February 7, 2017.  _____
8  THE HONORABLE WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE
9

10 Submitted by:

11 ROBBINS GELLER RUDMAN
     & DOWD LLP
12 DARREN J. ROBBINS
   JASON A. FORGE
13 SCOTT H. SAHAM
   CARISSA J. DOLAN
14 MICHAEL ALBERT

15

16      s/ JASON A. FORGE
        JASON A. FORGE
17

18 655 West Broadway, Suite 1900
   San Diego, CA  92101
19 Telephone:  619/231-1058
   619/231-7423 (fax)
20
   ROBBINS GELLER RUDMAN
21    & DOWD LLP
   SHAWN A. WILLIAMS
22 Post Montgomery Center
   One Montgomery Street, Suite 1800
23 San Francisco, CA  94104
   Telephone:  415/288-4545
24 415/288-4534 (fax)

25 Lead Counsel for Lead Plaintiff

26

27

28