1
2
3
4
5
6
7
8
9
10
11
12
13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA

15  In re LENDINGCLUB SECURITIES      ) Case No. 3:16-cv-02627-WHA
    LITIGATION                        )
16  _____    ) <u>CLASS ACTION</u>
                                      )
17  This Document Relates To:         ) [PROPOSED] ORDER REGARDING
                                      ) PLAINTIFF'S ADMINISTRATIVE
18       ALL ACTIONS.                 ) MOTION TO EXCEED PAGE LIMITS
    _____    )
19                                      AS MODIFIED
20
21
22
23
24
25
26
27
28

1234125_1

1  Having considered Plaintiff's Administrative Motion to Exceed Page Limits, and any
2  opposition thereto,
3  IT IS ORDERED that:
4  Plaintiff's Administrative Motion to Exceed Page Limits is GRANTED. In lieu of filing
5  separate briefs, plaintiff may file a single omnibus brief not exceeding 45 pages in opposition to
6  defendants' motions to dismiss.
7  This omnibus brief is intended to facilitate a simpler brief that will assist the Court by addressing common issues together.
8  Plaintiff may NOT spend more than 25 pages on any one defendant.

11  DATED: February 7, 2017.   _____
12  THE HONORABLE WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE