KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

JAY L. POMERANTZ (CSB No. 209869)
jpomerantz@fenwick.com
CARLY L. BITTMAN (CSB No. 305513)
cbittman@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, California  94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendants LendingClub Corporation,
Daniel T. Ciporin, Jeffrey Crowe, Carrie Dolan, Rebecca
Lynn, John J. Mack, Mary Meeker, John C. (Hans) Morris,
Lawrence H. Summers and Simon Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE LENDINGCLUB SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:16-CV-02627-WHA<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTIONS TO DISMISS** |
|---|---|

Pursuant to the Northern District of California Civil Local Rules ("Local Rules") 6-1, 6-2, and 7-12, defendants LendingClub Corporation ("LendingClub" or the "Company"), Daniel T. Ciporin, Jeffrey Crowe, Carrie Dolan, Rebecca Lynn, John J. Mack, Mary Meeker, John C. (Hans) Morris, Lawrence H. Summers and Simon Williams (collectively, the "LendingClub Defendants"), defendant Renaud Laplanche, defendants Morgan Stanley & Co. LLC, Goldman, Sachs & Co., Credit Suisse Securities (USA) LLC, Citigroup Global Markets Inc., Allen & Company LLC, Stifel, Nicolaus & Company, Incorporated, BMO Capital Markets Corp., William Blair & Company, L.L.C., and Wells Fargo Securities, LLC (collectively, the "Underwriter Defendants" and together with the other defendants, the "Defendants"), and lead plaintiff Water and Power Employees' Retirement, Disability and Death Plan of the City of Los Angeles ("Lead Plaintiff" and together with Defendants, the "Parties") in the above-captioned action, by and through their counsel, hereby stipulate to the following:

WHEREAS, on January 20, 2017, Defendants filed motions to dismiss the Consolidated Complaint ("Motions to Dismiss") [Dkt. Nos. 139, 142 and 148], and noticed a hearing date of March 2, 2017;

WHEREAS, prior to filing the Motions to Dismiss, on November 10, 2016, the Parties, which at that time did not include the Underwriter Defendants, filed the Joint Case Management Conference Statement [Dkt. No. 117] which requested that the hearing on motions to dismiss not be set during the week of March 6 through 10, 2017, due to scheduling conflicts;

WHEREAS, on February 8, 2017, the Court entered a notice continuing the hearing to March 8, 2017 [Dkt. No. 155];

WHEREAS, the Parties have met and conferred, obtained from the Court alternative available dates for the hearing, and have agreed that the hearing should be set for March 23, 2017, at 8:00 a.m.;

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the parties, that subject to approval by the Court, the hearing on the Motions to Dismiss should be rescheduled from March 8, 2017 to **March 23, 2017, at 8:00 a.m.**

| | | |
|---|---|---|
| 1 | Dated: February 16, 2017 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ *Marie C. Bafus* |
| | | Marie C. Bafus |
| 4 | | 555 California Street, 12th Floor |
| | | San Francisco, California  94104 |
| 5 | | Telephone:(415) 875-2300 |
| | | Facsimile: (415) 281-1350 |
| 6 | | |
| 7 | | *Attorneys for Defendants LendingClub Corporation, Daniel T. Ciporin, Jeffrey Crowe, Carrie Dolan, Rebecca Lynn, John J. Mack, Mary Meeker, John C. (Hans) Morris, Lawrence H. Summers and Simon Williams* |
| 8 | | |
| 9 | | |
| 10 | Dated: February 16, 2017 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 11 | | |
| 12 | | By: /s/ *Jason A. Forge* |
| | | Jason A. Forge |
| 13 | | 655 West Broadway, Suite 1900 |
| | | San Diego, CA  92101 |
| 14 | | Telephone:(619) 231-1058 |
| | | Facsimile: (619) 231-7423 |
| 15 | | |
| 16 | | *Lead Counsel for Lead Plaintiff Water and Power Employees' Retirement, Disability and Death Plan of the City of Los Angeles* |
| 17 | | |
| 18 | | |
| 19 | Dated: February 16, 2017 | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| 20 | | By: /s/ *Robert J. Liubicic* |
| | | Robert J. Liubicic |
| 21 | | |
| 22 | | 2029 Century Park East, 33rd Floor |
| | | Los Angeles, California  90067 |
| 23 | | Telephone:(424) 386-4000 |
| | | Facsimile: (213) 892-4725 |
| 24 | | *Attorneys for Defendant Renaud Laplanche* |

| | |
|---|---|
| Dated: February 16, 2017 | SIMPSON THACHER & BARTLETT LLP |
| | By: /s/ *Simona G. Strauss* |
| | Simona G. Strauss |
| | 2475 Hanover Street |
| | Palo Alto, California  94304 |
| | Telephone:(650) 251-5000 |
| | Facsimile: (650) 251-5002 |
| | *Attorneys for the Underwriter Defendants Morgan Stanley & Co. LLC, Goldman, Sachs & Co., Credit Suisse Securities (USA) LLC, Citigroup Global Markets Inc., Allen & Company LLC, Stifel, Nicolaus & Company, Incorporated, BMO Capital Markets Corp., William Blair & Company, L.L.C., and Wells Fargo Securities, LLC* |

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

| | |
|---|---|
| Dated: February 16, 2017 | By: /s/ *Marie C. Bafus* |
| | Marie C. Bafus |

* * *

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing on defendants' motions to dismiss is continued to March 23, 2017 at 8:00 a.m.

Dated: February 17, 2017.

_____
Hon. William H. Alsup
United States District Court Judge