IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LENDINGCLUB SECURITIES LITIGATION | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA<br><br>(Consolidated) |
| This Document Relates to:<br><br>ALL ACTIONS. | **ORDER RE AMENDED COMPLAINT** |

On May 25, the Court granted in part and denied in part defendants' motion to dismiss. That order stated that by June 15, "lead plaintiff may seek leave to amend its claims based on the loan-approval process and CFO Dolan's scienter regarding Cirrix **by filing a formal motion noticed on the normal 35-day calendar. The motion should include a proposed amended consolidated complaint (and a redlined copy) and affirmatively demonstrate how the proposed amendments cure the problems identified herein and any others identified in defendants' motions even if not addressed herein.**"

On June 15, lead plaintiff filed an amended complaint, but failed to file a motion or a redlined copy of the proposed amended complaint. By **JUNE 22**, lead plaintiff shall file a formal motion and redlined proposed amended complaint in conformity with the Court's May 25 order on defendants' motion to dismiss. If lead plaintiff elects not to do so, the Court will

**IT IS SO ORDERED.**

Dated: June 16, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE