ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
    – and –
DARREN J. ROBBINS (168593)
JASON A. FORGE (181542)
SCOTT H. SAHAM (188355)
LAURIE L. LARGENT (153493)
MICHAEL ALBERT (301120)
CARISSA J. DOLAN (303887)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
scotts@rgrdlaw.com
llargent@rgrdlaw.com
malbert@rgrdlaw.com
cdolan@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LENDINGCLUB SECURITIES LITIGATION | Case No. 3:16-cv-02627-WHA |
| | CLASS ACTION |
| This Document Relates To: | SUPPLEMENT TO AMENDED CONSOLIDATED COMPLAINT |
| ALL ACTIONS. | |

1    Lead Plaintiff Water and Power Employees' Retirement, Disability and Death Plan of the

2  City of Los Angeles hereby supplements the filing of its Amended Consolidated Complaint (Dkt.

3  No. 182) with the attached redline, which reflects changes between the original Consolidated

4  Complaint (Dkt. No. 127) and the Amended Consolidated Complaint (Dkt. No. 182).

5  DATED:  June 16, 2017                        ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
6                                               DARREN J. ROBBINS
                                                JASON A. FORGE
7                                               SCOTT H. SAHAM
                                                LAURIE L. LARGENT
8                                               MICHAEL ALBERT
                                                CARISSA J. DOLAN
9

10
                                                       s/ JASON A. FORGE
11                                                    JASON A. FORGE

12                                              655 West Broadway, Suite 1900
                                                San Diego, CA  92101
13                                              Telephone:  619/231-1058
                                                619/231-7423 (fax)
14
                                                ROBBINS GELLER RUDMAN
15                                                 & DOWD LLP
                                                SHAWN A. WILLIAMS
16                                              Post Montgomery Center
                                                One Montgomery Street, Suite 1800
17                                              San Francisco, CA  94104
                                                Telephone:  415/288-4545
18                                              415/288-4534 (fax)

19                                              Lead Counsel for Lead Plaintiff

20

21

22

23

24

25

26

27

28

SUPPLEMENT TO AMENDED CONSOLIDATED COMPLAINT - 3:16-cv-02627-WHA          - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 16, 2017.

s/ JASON A. FORGE
JASON A. FORGE

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  JForge@rgrdlaw.com

**Mailing Information for a Case 3:16-cv-02627-WHA In re LENDINGCLUB SECURITIES LITIGATION**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com

- **Kyle Kenneth Batter**
  kylebatter@gmail.com,kylebatter@quinnemanuel.com

- **Lee S. E. Brand**
  lee.brand@stblaw.com,nanderson@stblaw.com

- **Brittany Nicole DeJong**
  dejong@whafh.com

- **Carissa Jasmine Dolan**
  cdolan@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Diane M. Doolittle**
  dianedoolittle@quinnemanuel.com,sandramorones@quinnemanuel.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com,scotts@rgrdlaw.com,malbert@rgrdlaw.com

- **David Michael Grable**
  davegrable@quinnemanuel.com

- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com,fbrizuela@kmllp.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **John T Jasnoch**
  jjasnoch@scott-scott.com,rmcgraw@scott-scott.com,efile@scott-scott.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,michaelf@johnsonandweaver.com,ceciliar@johnsonandweaver.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com

- **Robert John Liubicic**
  RLIUBICIC@MILBANK.COM,SRothenberg@milbank.com,SPayne@milbank.com,AFee@milbank.com

- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com

- **Betsy Carol Manifold**
  manifold@whafh.com,tuazon@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,james.napier@lacity.org,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,Benjamin.Riesenberg@blbglaw.com,denab@blbglaw.com,ashley.lee@blbglaw.com,Scott.Foglietta@blbglaw.com,AdamW@blbglaw.com,Avi@t

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Victoria Blohm Parker**
  vickiblohm@quinnemanuel.com,robinramirez@quinnemanuel.com,vickiparker@quinnemanuel.com,calendar@quinnemanuel.com

- **Thomas Harry Peters**
  thom.peters@lacity.org

- **John Mark Potter**
  johnpotter@quinnemanuel.com,amberburns@quinnemanuel.com,amber-burns-quinn-emanuel-1787@ecf.pacerpro.com,calendar@quinnemanuel.com

- **Susan Diane Resley**
  sresley@morganlewis.com,nhermez@orrick.com,yandrada@morganlewis.com

- **Rachele R. Rickert**
  rickert@whafh.com,tuazon@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sarah L. Rothenberg**
  srothenberg@milbank.com

- **Scott H. Saham**
  scotts@rgrdlaw.com

- **Joseph Caldwell Sarles**
  josephsarles@quinnemanuel.com,shawnaallison@quinnemanuel.com,calendar@quinnemanuel.com

- **Charlene Sachi Shimada**
  charlene.shimada@morganlewis.com

- **Simona Gurevich Strauss**
  sstrauss@stblaw.com,lsoboleva@stblaw.com,sblake@stblaw.com,jason.herrera@stblaw.com

- **Jacob Allen Walker**
  jake@blockesq.com,4836372420@filings.docketbird.com

- **Lucy Han Wang**
  lucy.wang@morganlewis.com

- **Lesley Elizabeth Weaver**
  lweaver@bfalaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Jonathan K. Youngwood**
  ManagingClerk@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`