# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re LENDINGCLUB SECURITIES LITIGATION

Plaintiff(s),

v.

Defendant(s).

Case No: 3:16-cv-02627-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Scott A. Edelman, an active member in good standing of the bar of New York, 2nd Department, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Renaud Laplanche in the above-entitled action. My local co-counsel in this case is Robert J. Liubicic, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Milbank, Tweed, Hadley & McCloy LLP<br>28 Liberty Street<br>New York, NY 10005 | Milbank, Tweed, Hadley & McCloy LLP<br>2029 Century Park East 33rd Floor<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(212) 530-5149 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(424) 386-4525 |
| MY EMAIL ADDRESS OF RECORD:<br>SEdelman@Milbank.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>RLiubicic@Milbank.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2250942.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/09/17

Scott A. Edelman
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Scott A. Edelman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 9, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE