IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LENDINGCLUB SECURITIES LITIGATION | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA |
| / | (Consolidated) |
| This Document Relates to:<br>ALL ACTIONS.<br>/ | **ORDER RE MOTION TO SHORTEN TIME TO HEAR MOTION TO INTERVENE** |

On September 21, class representatives in a certified class action pending in California Superior Court, *In re Lending Club Corp. S'holder Litig.*, No. CIV 537000 (Cal. Super. Ct., San Mateo City), moved for an order shortening time so that the Court could consider their motion to intervene for the purpose of objecting to class certification in the above-caption action (Dkt. No 222). Along with their motion to shorten time, the putative intervenors filed a motion to intervene and a motion objecting to class certification (Dkt. No. 222-1 Exhs. A, B).

All parties in the above-captioned action may separately respond to each of these motions — to shorten time, to intervene, and objecting to class certification — by **NOON ON OCTOBER 5**. Putative intervenors will not be permitted to reply due to the lateness of their filing, but they may appear on the motions to shorten time and to intervene, and if intervention

is granted on the motion for class certification.  All motions will be heard at the same time as the class certification motion, **OCTOBER 12, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: September 22, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE