IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LENDINGCLUB SECURITIES LITIGATION / | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA<br><br>(Consolidated) |
| This Document Relates to:<br>ALL ACTIONS. / | **ORDER GRANTING MOTION FOR LEAVE TO FILE A RESPONSE** |

On September 21, lead plaintiffs in *In re LendingClub Corp. S'holder Litig.*, No. CIV537000 (Cal. Super. Ct., San Mateo Cty.) moved to intervene for the limited purpose of objecting to class certification in this action (Dkt. No. 222). An order granted all the parties in this action an opportunity to respond to state plaintiffs' motion to intervene and their motion opposing class certification, but because of the lateness of state plaintiffs' filing did not permit them an opportunity to reply (Dkt. No. 229).

On October 5, lead plaintiff in this action, Water and Power Employees' Retirement, Disability and Death Plan of the City of Los Angeles ("WPERP"), filed a response to state plaintiffs' motions (Dkt. No. 235). In addition to responding to state plaintiffs' arguments, the "response" requested this Court enjoin the state action.

State plaintiffs now seek leave to file an opposition to address WPERP's request for an injunction (which opposition is appended to their motion for leave). State plaintiffs' motion is

**GRANTED** for the limited purpose of addressing WPERP's arguments that the state action should be enjoined.

**IT IS SO ORDERED.**

Dated: October 11, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE