| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Diane M. Doolittle (Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801–5000<br>Facsimile: (650) 801–5100<br><br>John Potter (Bar No. 165843)<br>johnpotter@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875–6600<br>Facsimile: (415) 875–6700<br><br>David M. Grable (Bar No. 237765)<br>davegrable@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443–3000<br>Facsimile: (213) 443–3100<br><br>*Attorneys for Defendants LendingClub Corporation, Daniel Ciporin, Jeffrey Crowe, Rebecca Lynn, John Mack, Mary Meeker, John C. (Hans) Morris, Lawrence Summers, and Simon Williams*<br><br>(additional counsel listed below) | ROBBINS GELLER RUDMAN & DOWD LLP<br>Darren J. Robbins (168593)<br>Jason A. Forge (181542)<br>Scott H. Saham (188355)<br>Rachel L. Jensen (211456)<br>Michael Albert (301120)<br>Carissa J. Dolan (303887)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>darrenr@rgrdlaw.com<br>jforge@rgrdlaw.com<br>scotts@rgrdlaw.com<br>rachelj@rgrdlaw.com<br>malbert@rgrdlaw.com<br>cdolan@rgrdlaw.com<br><br>*Lead Counsel for Lead Plaintiff* |
|---|---|

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LENDING CLUB SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:16-cv-02627-WHA<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DEFINITION OF CERTIFIED CLASS |

07562-00001/9654210.3

**STIPULATION REGARDING DEFINITION OF CERTIFIED CLASS**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Parties to this action, as follows:

1. WHEREAS on October 20, 2017 this Court certified a class in the above referenced action;

2. WHEREAS the Court's Order re Class Certification provides a purchase cut-off date for the class of June 8, 2016;

3. WHEREAS the parties agree that, for the reasons stated in the Court's order regarding tracing issues, the appropriate cut-off date for Section 11 claims is June 8, 2015 rather than June 8, 2016.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval, that the Class Definition should be as follows:

> All persons and entities who purchased or otherwise acquired the common stock of LendingClub Corporation ("LendingClub" or the "Company") during the period from December 11, 2014 through May 6, 2016 (for claims under the Exchange Act of 1934) and all those who purchased or acquired LendingClub common stock during the period from December 11, 2014 through June 8, 2015 (for claims under the 1933 Securities Act) and were damaged thereby (collectively, the "Class"). Excluded from the Class are short sellers who incurred losses during the class period as a result of their short sales, defendants and their families, the officers, directors, and affiliates of defendants, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which defendants have or had a controlling interest. Notwithstanding the foregoing, the Class shall include any investment company or pooled investment fund, including, but not limited to, mutual fund families, exchange traded funds, fund of funds and hedge funds, in which the

1

| | |
|---|---|
| 1 | Underwriter Defendants, or any of them, have, has or may have a direct or |
| 2 | indirect interest, or as to which any Underwriter Defendant's affiliates may |
| 3 | act as an investment advisor, but as to which any Underwriter Defendant |
| 4 | alone or together with any of its respective affiliates is neither a majority |
| 5 | owner nor the holder of a majority beneficial interest. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  October 31, 2017                    ROBBINS GELLER RUDMAN
                                            & DOWD LLP

                                            */s/ Jason A. Forge*

                                            Darren J. Robbins
                                            Jason A. Forge
                                            Scott H. Saham
                                            Michael Albert
                                            Carissa J. Dolan
                                            655 West Broadway, Suite 1900
                                            San Diego, CA 92101
                                            Telephone: 619/231-1058
                                            619/231-7423 (fax)

| | | |
|---|---|---|
| 1 | DATED: October 31, 2017 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | */s/ Diane M. Doolittle*_____ |
| 4 | | Diane M. Doolittle (Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor |
| 5 | | Redwood Shores, California 94065<br>Telephone: (650) 801-5000 |
| 6 | | Facsimile: (650) 801-5100 |
| 7 | | John Potter (Bar No. 165843)<br>johnpotter@quinnemanuel.com |
| 8 | | 50 California Street, 22nd Floor<br>San Francisco, California 94111 |
| 9 | | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 10 | | |
| 11 | | David M. Grable (Bar No. 237765)<br>davegrable@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor |
| 12 | | Los Angeles, California 90017<br>Telephone: (213) 443-3000 |
| 13 | | Facsimile: (213) 443-3100 |
| 14 | | |
| 15 | DATED: October 31, 2017 | MORGAN, LEWIS & BOCKIUS LLP |
| 16 | | */s/ Charlene S. Shimada*_____ |
| 17 | | Charlene S. Shimada, Bar No. 91407<br>charlene.shimada@morganlewis.com |
| 18 | | Susan D. Resley, Bar No. 161808<br>susan.resley@morganlewis.com |
| 19 | | Lucy Wang, Bar No. 257771<br>lucy.wang@morganlewis.com |
| 20 | | One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 21 | | Tel: +1.415.442.1000<br>Fax: +1.415.442.1001 |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: October 31, 2017 | MILBANK, TWEED, HADLEY & McCLOY LLP |

*/s/ Robert J. Liubicic*

Robert J. Liubicic (Bar No. 271465)
Rliubicic@milbank.com
2029 Century Park East, 33rd Floor
Los Angeles, California 90067
Telephone: 424.386.4000
Facsimile: 213.892.4725

Scott A. Edelman (pro hac vice)
Sedelman@milbank.com
28 Liberty Street
New York, New York 10005
Telephone: 212.530.5000
Facsimile: 212.822.5219

DATED: October 31, 2017         SIMPSON THACHER & BARTLETT LLP

*/s/ Simona G. Strauss*

Simona G. Strauss (Bar No. 203062)
sstrauss@stblaw.com
Lee Brand (Bar No. 287110)
lee.brand@stblaw.com
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Jonathan K. Youngwood (pro hac vice)
jyoungwood@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

**ATTESTATION**

I, Kyle Batter, am the ECF User whose ID and password are being used to file this Stipulated and Proposed Order Regarding Definition of Certified Class.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jason A. Forge, Diane M. Doolittle, Charlene S. Shimada, Robert J. Liubicic, and Simona G. Strauss have concurred in this filing.

*/s/ Kyle Batter*
Kyle Kenneth Batter

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 1, 2017.

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE