ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
JASON A. FORGE (181542)
SCOTT H. SAHAM (188355)
RACHEL L. JENSEN (211456)
MICHAEL ALBERT (301120)
CARISSA J. DOLAN (303887)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
scotts@rgrdlaw.com
rachelj@rgrdlaw.com
malbert@rgrdlaw.com
cdolan@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LENDINGCLUB SECURITIES LITIGATION ) ) ) ) | Case No. 3:16-cv-02627-WHA<br><br>CLASS ACTION |
| This Document Relates To: ALL ACTIONS. ) ) ) ) ) | DECLARATION OF JASON A. FORGE IN SUPPORT OF LEAD PLAINTIFF'S SUBMISSION RE:  CLASS NOTICE IN THE PARALLEL ACTIONS |

1327840_1

1   I, JASON A. FORGE, declare as follows:

2   1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Lead Plaintiff Water and Power Employees' Retirement, Disability and Death Plan of the City of Los Angeles ("Lead Plaintiff") in the above-entitled action. I submit this declaration in support of Lead Plaintiff's Submission Re: Class Notice in the Parallel Actions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:   Email string, culminating with November 10, 2017 email from Jason Forge to Mark Molumphy, *et al*. Re: LendingClub Joint Notice;

Exhibit 2:   Email string, culminating with November 6, 2017 email from Mark Molumphy to Rachel Jensen, *et al*. Re: LendingClub Notice Documents;

Exhibit 3:   Order Granting Plaintiffs' *Ex Parte* Application to Approve Joint Class Notice, *In re LendingClub Corp. S'holder Litig.*, No. CIV537300 (Cal. Super. Ct., San Mateo Cty.), entered November 7, 2017;

Exhibit 4:   Email string, culminating with November 8, 2017 email from John Jasnoch to Jason Forge, *et al*. Re: LendingClub notice administration;

Exhibit 5:   Proposed Joint Notice of Pendency of Class Action and Proposed Joint Summary Notice of Pendency of Class Action submitted in this action;

Exhibit 6:   Proposed Notice of Pendency of Class Action [Federal only] and Proposed Summary Notice of Pendency of Class Action [Federal only] submitted in this action;

Exhibit 7:   Proposed Notice Plan submitted in this action; and

Exhibit 8:   Proposed Stipulation and [Proposed] Order Regarding Class Notice Procedures submitted in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2017, at San Diego, California.

s/ Jason A. Forge
JASON A. FORGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2017.

                              s/ Jason A. Forge
                              JASON A. FORGE

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  jforge@rgrdlaw.com

1327840_1

**Mailing Information for a Case 3:16-cv-02627-WHA In re LENDINGCLUB SECURITIES LITIGATION**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com

- **Kyle Kenneth Batter**
  kylebatter@gmail.com,valerielozano@quinnemanuel.com,kylebatter@quinnemanuel.com,calendar@quinnemanuel.com

- **Lee S. E. Brand**
  lee.brand@stblaw.com,nanderson@stblaw.com

- **Brittany Nicole DeJong**
  dejong@whafh.com

- **Carissa Jasmine Dolan**
  cdolan@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Diane M. Doolittle**
  dianedoolittle@quinnemanuel.com,sandramorones@quinnemanuel.com

- **Scott Alexander Edelman**
  sedelman@milbank.com

- **Adam Joshua Fee**
  afee@milbank.com,CClaxton@milbank.com,SNoschese@milbank.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com,scotts@rgrdlaw.com,malbert@rgrdlaw.com

- **William C. Fredericks**
  wfredericks@scott-scott.com

- **David Michael Grable**
  davegrable@quinnemanuel.com,david-grable-1680@ecf.pacerpro.com

- **Robert J. Gralewski , Jr**
  bgralewski@kmllp.com,fbrizuela@kmllp.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **John T Jasnoch**
  jjasnoch@scott-scott.com,efile@scott-scott.com

- **Rachel Lynn Jensen**
  rachelj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Frank James Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,ceciliar@johnsonfistel.com,paralegal@johnsonfistel.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com

- **Robert John Liubicic**
  RLIUBICIC@MILBANK.COM,SRothenberg@milbank.com,SPayne@milbank.com,AFee@milbank.com

- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com

- **Betsy Carol Manifold**
  manifold@whafh.com,tuazon@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,zagudelo@cpmlegal.com,jacosta@cpmlegal.com,gjensen@cpmlegal.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,james.napier@lacity.org,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,Benjamin.Riesenberg@blbglaw.com,denab@blbglaw.com,ashley.lee@blbglaw.com,Scott.Foglietta@blbglaw.com,AdamW@blbglaw.com,Avi@b

- **Lisa Marie Damm Northrup**
  lnorthrup@milbank.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Victoria Blohm Parker**
  vickiblohm@quinnemanuel.com,robinramirez@quinnemanuel.com,vickiparker@quinnemanuel.com,calendar@quinnemanuel.com

- **Thomas Harry Peters**
  thom.peters@lacity.org

- **John Mark Potter**
  johnpotter@quinnemanuel.com,amberburns@quinnemanuel.com,amber-burns-quinn-emanuel-1787@ecf.pacerpro.com,calendar@quinnemanuel.com

- **Susan Diane Resley**
  sresley@morganlewis.com,margaret.thomasian@morganlewis.com,yandrada@morganlewis.com

- **Rachele R. Rickert**
  rickert@whafh.com,tuazon@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sarah L. Rothenberg**
  srothenberg@milbank.com

- **Scott H. Saham**
  scotts@rgrdlaw.com

- **Joseph Caldwell Sarles**
  josephsarles@quinnemanuel.com,shawnaallison@quinnemanuel.com,calendar@quinnemanuel.com

- **Charlene Sachi Shimada**
  charlene.shimada@morganlewis.com

- **Simona Gurevich Strauss**
  sstrauss@stblaw.com,lsoboleva@stblaw.com,janie.franklin@stblaw.com,sblake@stblaw.com

- **Robert Patrick Vance , Jr**
  bobbyvance@quinnemanuel.com

- **Jacob Allen Walker**
  jake@blockesq.com,4836372420@filings.docketbird.com

- **Lucy Han Wang**
  lucy.wang@morganlewis.com

- **Lesley Elizabeth Weaver**
  lweaver@bfalaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jonathan K. Youngwood**
  ManagingClerk@stblaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Beth              A. Kaswan
Scott & Scott Attorneys at Law LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169

Sean              Masson
Scott & Scott Attorneys At Law
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169

Alexandra         P. Summer
Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
```