IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

LENDINGCLUB SECURITIES LITIGATION.

This Document Relates to:

ALL ACTIONS.

No. C 16-02627 WHA
No. C 16-02670 WHA
No. C 16-03072 WHA

(CONSOLIDATED)

**ORDER RE DISCOVERY DISPUTES**

On November 16, lead plaintiff filed a discovery dispute letter, which outlines two separate discovery disputes with the underwriter defendants. The first involves issues of privilege. This issue should therefore be resolved on a sworn record. Accordingly, lead plaintiff shall have until **MONDAY, NOVEMBER 27** to file an opening motion. Underwriter defendants shall file an opposition by **FRIDAY, DECEMBER 1**, and lead plaintiff shall file any reply by **MONDAY, DECEMBER 4**. The motion will be heard on **THURSDAY, DECEMBER 7, AT 8:00 A.M.** Due to the *Waymo* trial, however, the hearing will likely be moved to the afternoon, so counsel shall please check the calendar.

Underwriter defendants must be mindful that a privilege can be waived by asserting reliance upon the opinions sought to be withheld.

With respect to the second issue regarding the scope of discovery, the Court sets a two-hour meet-and-confer starting from **8:00 A.M. AND CONTINUING TO 10:00 A.M. ON TUESDAY, NOVEMBER 21** in the Court's jury room on the nineteenth floor of the San Francisco federal

courthouse.  At **10:00 A.M.**, the Court shall hear any outstanding discovery issue(s) in Courtroom No. 12.  Underwriter defendants' response (related solely to the issues raised regarding the scope of discovery) is due by **NOON ON MONDAY, NOVEMBER 20**.  The Court will be unhappy if it turns out counsel have not met and conferred, in person or telephonically, prior to filing this dispute.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: November 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE