IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

LENDINGCLUB SECURITIES
LITIGATION.

This Document Relates to:

ALL ACTIONS.

No. C 16-02627 WHA
No. C 16-02670 WHA
No. C 16-03072 WHA

(CONSOLIDATED)

**ORDER CONDITIONALLY APPROVING AMENDED CLASS NOTICE**

A November 14 order conditionally approved the parties class notice subject to certain revisions (Dkt. No. 259). The parties have since made the required revisions and re-submitted an amended class notice, which amended notice is hereby conditionally **APPROVED** subject to the following revision:

- The date for opting out — provided on pages ten of the notice and five of the summary notice — shall be altered such that it is the date **60 DAYS** from the day on which notice is mailed.

The parties were further ordered to meet and confer and provide a joint plan for disseminating the notice to class members. The parties' stipulated procedures for dissemination of class notice via first class mail, and their selection of the firm of KC LLC as notice administrator are hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated: November 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE