IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LENDINGCLUB SECURITIES LITIGATION.<br>_____/<br><br>This Document Relates to:<br><br>ALL ACTIONS.<br>_____/ | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA<br><br>(CONSOLIDATED)<br><br>ORDER RE DISCOVERY DISPUTE |

The Court sets a two-hour meet-and-confer starting from **11:15 A.M. AND CONTINUING TO 1:15 P.M. ON MONDAY, NOVEMBER 27** in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse. At **1:15 P.M.**, the Court shall hear any outstanding discovery issue(s) in Courtroom No. 12. Defendants' response is due by **NOON ON FRIDAY, NOVEMBER 24**.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: November 21, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE