IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LENDINGCLUB SECURITIES<br>LITIGATION.<br>_____ /<br><br>This Document Relates to:<br><br>ALL ACTIONS.<br>_____ / | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA<br><br>(CONSOLIDATED)<br><br>**ORDER RE LETTERS DATED JANUARY 22 AND 23, 2018** |

On January 18, the lead plaintiff filed a "Response to the Declarations of Gerry Walters" complaining that Walters's deposition testimony contradicted his declarations filed in this action, including during supplemental briefing on the lead plaintiff's then-pending motion to compel production of documents from the underwriter defendants (*see* Dkt. No. 323). On January 22, the underwriter defendants filed what appeared to be a discovery letter arguing that Walters's testimony had not been inconsistent, and further complaining that the lead plaintiff had challenged or violated confidentiality designations imposed by the underwriter defendants (Dkt. No. 324). The underwriter defendants also asked that any hearing on the January 22 letter be postponed until February "to allow the parties to meet and confer with respect to the unripe challenges described [therein]" (*id.* at 2).

The next day, the lead plaintiff responded with another discovery letter again insisting that Walters's testimony had been inconsistent and disputing the underwriter defendants' position with respect to confidentiality designations. To avoid "a petty 'he-said, she-said

sideshow," however, the lead plaintiff committed to "identify for the underwriters 1,000 documents that were improperly designated as 'HIGHLY CONFIDENTIAL' in an attempt to reach an informal resolution" (Dkt. No. 326).

After the aforementioned letters, an order denied the lead plaintiff's motion to compel on grounds unrelated to Walters's declarations (*see* Dkt. No. 329). Neither side has filed any updates regarding the progress of their attempts to meet and confer and reach an informal resolution. At this point, to the extent that the underwriter defendants' January 22 letter requests any relief, it is **DENIED** without prejudice to a renewed discovery letter clearly explaining any live dispute between the parties and the specific relief requested from the Court.

**IT IS SO ORDERED.**

Dated: February 20, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE