**ROBBINS GELLER RUDMAN & DOWD LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Jason A. Forge
JForge@rgrdlaw.com

February 21, 2018

VIA ECF

The Honorable William Alsup
United States District Court for the
Northern District of California
San Francisco Courthouse, Courtroom 8
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re:   *In re LendingClub Sec. Litig.*, No. 3:16-cv-02627-WHA (N.D. Cal.)

Dear Judge Alsup:

The parties have reached an agreement in principle to resolve this matter, and Lead Plaintiff has filed an unopposed motion for preliminary approval of settlement (ECF 333). Per the Court's standard procedures, this motion was noticed on a 35-day calendar. To avoid any potentially unnecessary expenses related to multiple depositions and other discovery obligations during this period, the parties respectfully request that the Court hear Lead Plaintiff's motion on an expedited basis on March 6 or 8, or as soon thereafter as the Court is available.

I conferred with counsel for defendants, and they have confirmed their agreement with this request.

Respectfully submitted,

JASON A. FORGE