IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LENDINGCLUB SECURITIES LITIGATION.<br>_____/<br><br>This Document Relates to:<br><br>ALL ACTIONS.<br>_____/ | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA<br><br>(CONSOLIDATED)<br><br>**ORDER SHORTENING TIME TO HEAR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

In light of the parties' letter dated February 21, 2018 (Dkt. No. 334), the hearing on plaintiff's unopposed motion for preliminary approval of a class settlement (Dkt. No. 333) is advanced from March 29 to **MARCH 8 AT 8:00 A.M.** No further briefing is necessary.

**IT IS SO ORDERED.**

Dated: February 23, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE