1  MARK C. MOLUMPHY (168009)
   mmolumphy@cpmlegal.com
2  ALEXANDRA P. SUMMER (266485)
   asummer@cpmlegal.com
3  COTCHETT, PITRE & McCARTHY, LLP
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone:  650-697-6000

6  JOHN T. JASNOCH (281605)
   jjasnoch@scott-scott.com
7  SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
   707 Broadway, Suite 1000
8  San Diego, CA 92101
   Telephone:  619-233-4565
9
   Attorneys for State Plaintiffs and Intervenors
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14  In Re LENDINGCLUB CORPORATION        Case No. 3:16-cv-02627-WHA
    SECURITIES LITIGATION,
15                                       CLASS ACTION

16                                       STATE PLAINTIFFS-INTERVENORS'
                                         NOTICE OF ORDER BY STATE COURT
17
                                         Judge:      The Hon. William Alsup
18

19

20

21

22

23

24

25

26

27

28

STATE PLAINTIFFS-INTERVENORS' NOTICE OF ORDER BY STATE COURT; Case No. 3:16-cv-02627-WHA

1   TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE that, on March 5, 2018, pursuant to the proposed Stipulation of

3   Settlement resolving the California State and Federal class actions, the San Mateo Superior Court issued

4   an Order staying the State action, *In re LendingClub Corporation Shareholder Litigation*., Case No.

5   CIV537300, pending resolution of motions seeking approval of the settlement in this Federal action, and

6   further approving the proposed forms of the notice pursuant to the California Rules of Court.  A true and

7   correct copy of the Order is attached hereto.

8

9   Dated:  March 12, 2018                     Respectfully submitted,

10                                              COTCHETT, PITRE & McCARTHY, LLP

11

12                                              */s/ Mark C. Molumphy*
                                                Mark C. Molumphy
13                                              pAlexandra P. Summer
                                                San Francisco Airport Office Center
14                                              840 Malcolm Road, Suite 200
                                                Burlingame, CA 94010
15                                              Telephone: (650) 697-6000

16
                                                SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
17
                                                John T. Jasnoch
18                                              SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
                                                707 Broadway, Suite 1000
19                                              San Diego, CA 92101
                                                Telephone:  619-233-4565
20

21                                              Counsel the Certified Plaintiff Class in *In re LendingClub
                                                Corp. S'holder Litig.*, No. CIV 537000 (Cal. Super. Ct.,
22                                              San Mateo Cty)

23

24

25

26

27

28

1
STATE PLAINTIFFS-INTERVENORS' NOTICE OF ORDER BY STATE COURT; Case No. 3:16-cv-02627-WHA

1

**E-FILING ATTESTATION**

2

     I hereby certify that on March 12, 2018, I caused the foregoing to be electronically filled with

3

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

4

email addresses denoted on the Electronic Mail Notice List.

5

                             */s/ Mark C. Molumphy*

6

                             MARK MOLUMPHY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATE PLAINTIFFS-INTERVENORS' NOTICE OF ORDER BY STATE COURT; Case No. 3:16-cv-02627-WHA

1

## **PROOF OF SERVICE**

2    I am employed in San Mateo County where service of the document(s) referred to below occurred.  I
3    am over the age of 18 and not a party to the within action.  My business address is Cotchett, Pitre, &
     McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame CA 94010.  I am
4    readily familiar with the firm's practices for the service of documents.  On this date, I served or caused
     to be served a true copy of the following:
5

### **STATE PLAINTIFFS- INTERVENORS' NOTICE OF ORDER BY STATE COURT**
6

7

8    BY E-MAIL:  By e-mail I caused service of this document(s) occurred on the date shown below.
     This document is being served electronically and the transmission was reported as complete and
9    without error.

10

11   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is
     true and correct.  Executed at Burlingame, California, on March 12, 2018.

12

13

14                                            JEANINE H. ACOSTA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**; Case No. CIV537300

1

**SERVICE LIST**

| Party | Attorneys | Emails |
|---|---|---|
| Plaintiffs | John Jasnoch<br>Beth Kaswan<br>Sean Masson<br>Mark Molumphy<br>Alexandra Summer<br>Tamarah Prevost | jjasnoch@scott-scott.com<br>bkaswan@scott-scott.com<br>smasson@scott-scott.com<br>mmolumphy@cpmlegal.com<br>asummer@cpmlegal.com<br>tprevost@cpmlegal.com |
| Defendants LendingClub, Daniel T. Ciporin, Jeffrey Crowe, Rebecca Lynn, John J. Mack, Mary Meeker,<br>John C. (Hans) Morris, Lawrence H. Summers, and Simon Williams | Diane M. Doolittle<br>John Potter<br>Dave Grable<br>Joseph Sarles<br>Vicki Parker<br>Kyle Batter<br>Rebecca Eckert-Fong | dianedoolittle@quinnemanuel.com<br>johnpotter@quinnemanuel.com<br>davegrable@quinnemanuel.com<br>josephsarles@quinnemanuel.com<br>vickiparker@quinnemanuel.com<br>kylebatter@quinnemanuel.com<br>rebeccaeckertfong@quinnemaneul.com |
| Defendant Carrie Dolan | Charlene S. Shimada<br>Susan D. Resley<br>Lucy Wang | charlene.shimada@morganlewis.com<br>susan.resley@morganlewis.com<br>lucy.wang@morganlewis.com |
| Defendant Renaud Laplanche | Adam Fee<br>Robert Liubicic | afee@milbank.com<br>rliubicic@milbank.com |
| Underwriter Defendants | Simona G. Strauss<br>Lee Brand | sstrauss@stblaw.com<br>lee.brand@stblaw.com<br>List-LendingClub-<br>eService@lists.stblaw.com |

**PROOF OF SERVICE**; Case No. CIV537300

# EXHIBIT A



1   SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
2   JOHN T. JASNOCH (281605)
    707 Broadway, Suite 1000
3   San Diego, California  92101
    Telephone:   (619) 233-4565
4   Facsimile:    (619) 233-0508
    Email:        jjasnoch@scott-scott.com

5   COTCHETT, PITRE & MCCARTHY, LLP
6   MARK C. MOLUMPHY (168009)
    ALEXANDRA P. SUMMER (266485)
7   San Francisco Airport Office Center
    840 Malcolm Road, Suite 200
8   Burlingame, CA  94010
    Telephone:  (650) 697-6000
9   Facsimile:  (650) 697-0577

10

*Lead Counsel for Plaintiffs*

11

12

13

14            SUPERIOR COURT OF THE STATE OF CALIFORNIA

15                  COUNTY OF SAN MATEO

| | |
|---|---|
| 16   IN RE LENDINGCLUB CORPORATION<br>    SHAREHOLDER LITIGATION, | Master File No.: CIV 537300<br>(Consolidated with CIV537633, 537637,<br>537868, 538762) |
| 17 | |
| 18   This Document Relates To: | |
| 19     ALL ACTIONS. | CLASS ACTION |
| 20 | **STIPULATION AND [PROPOSED]<br>ORDER STAYING CASE DURING<br>SETTLEMENT APPROVAL<br>PROCEEDINGS** |
| 21 | |
| 22 | Judge:    Hon. Marie S. Weiner |
| 23 | Dept.:    2 (Complex Civil Litigation) |
| 24 | Action Filed:         February 26, 2016 |

CIV537300
SO
Stipulation & Order
1010236

25

26

27

28

07562-00001/9882060.1

          [PROPOSED] ORDER GRANTING STAY OF CASE DURING
                SETTLEMENT APPROVAL PROCEEDINGS
                 Master File No.: CIV 537300

FILED
SAN MATEO COUNTY
MAR 05 2018
Clerk of the Superior Court
By
DEPUTY CLERK

RECEIVED
SAN MATEO COUNTY
FEB 27 2018
Clerk of the Superior Court

1

**STIPULATION**

2      WHEREAS, on February 22, 2018, Class Representatives in this consolidated action

3   submitted a Notice of Settlement to the Court, advising that a proposed global settlement (the

4   "Settlement") has been reached which would resolve, settle and compromise both (a) all claims

5   asserted by Class Representatives (on behalf of themselves and the members of the certified

6   Class in this action) and Defendants, and (b) all claims in a related action (the "Federal Action")

7   in the U.S. District Court for the Northern District of California Federal Court (the "Federal

8   Court") asserted by Lead Plaintiff (and the members of the certified class) in the Federal Action

9   and the Defendants in the Federal Action.

10      WHEREAS, the previously submitted February 22, 2018 Notice of Settlement attached a

11   copy of the stipulation of settlement and exhibits thereto ("Stipulation of Settlement"), which

12   include the proposed forms of individual and publication notice (at Exhibits A-1 and A-3 thereto)

13   (the "Individual Notice" and "Publication Notice") (collectively, the "Notices"), as well as a

14   proposed plan (contained at Exhibit A thereto) for disseminating the Notices to all Class

15   Members in both this action and the Federal Action under the auspices of the Federal Court;

16      WHEREAS, pursuant to this Court's Case Management Order No. 11, many litigation

17   deadlines are approaching in this litigation, including a merits discovery cutoff, a discovery

18   motion cutoff, an expert disclosure deadline of April 25, 2018, and a trial date in October 2018;

19      WHEREAS, the parties agree that all dates through and including the currently scheduled

20   trial date should be adjourned; that this action should be stayed pending the settlement approval

21   process; and that this action should be dismissed with prejudice pursuant to California Rule of

22   Court 3.770 upon entry of Judgment by the Federal Court, all as set forth in the Stipulation of

23   Settlement;

24      WHEREAS, the parties agree that if the proposed Settlement fails to become effective in

25   accordance with the Stipulation of Settlement, they will return to their respective litigation

26   positions as of February 5, 2018, as set forth in the Stipulation of Settlement;

27

28

1    WHEREAS, pursuant to California Rule of Court 3.770, prior to granting a motion for

2    voluntary dismissal of an action that has already been certified as a class action, the Court may

3    (but is not required to) condition the granting of voluntary dismissal on, *inter alia,* the provision

4    of notice to the Class;

5    WHEREAS, on February 22, 2018, the Court reviewed the forms of Notice to be

6    provided to Class members in this action pursuant to the Settlement, and determined that no

7    additional information need be included in the Notices (attached as Exhibits A-1 and A-3 to

8    Stipulation of Settlement) as a pre-condition to the Court later granting voluntary dismissal

9    pursuant Rule 3.770, as contemplated by the Stipulation of Settlement.

10    NOW, THEREFORE, it is hereby STIPULATED and AGREED by and between the

11    undersigned counsel for the parties as follows:

12    1.    This litigation should be stayed except as to effectuate the Settlement, as set forth

13    in the Stipulation of Settlement.

14    2.    Should the Settlement not become effective in accordance with the Stipulation of

15    Settlement, the parties will return to their respective litigation positions as of February 5, 2018.

16    3.    Pursuant to the Court's guidance on February 22, 2018, the proposed plan for

17    disseminating the proposed forms of Individual Notice and Publication Notice of the Settlement,

18    and the proposed forms of Notice, do not require any further modification pursuant to California

19    Rule of Court 3.770.

20

21    Dated: February 27, 2018                SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

22

23                                            JOHN T. JASNOCH

24                                            707 Broadway, Suite 1000
                                              San Diego, California 92101

25                                            Telephone:     (619) 233-4565
                                              Facsimile:     (619) 233-0508

26
                                              BETH A. KASWAN
27                                            WILLIAM C. FREDERICKS
                                              SEAN T. MASSON
28                                            The Helmsley Building

07562-00001/9882060.1                         2

[PROPOSED] ORDER GRANTING STAY OF CASE DURING
SETTLEMENT APPROVAL PROCEEDINGS
Master File No.: CIV 537300

230 Park Ave., 17th Floor
New York, New York 10169
Telephone:       (212) 223-6444
Facsimile:       (212) 223-6334

*Co-Lead Counsel for Class Representatives*

Dated: February 27, 2018

COTCHETT, PITRE & McCARTHY, LLP

MARK C. MOLUMPHY
ALEXANDRA P. SUMMER
TAMARAH P. PREVOST
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:       (650) 697-6000
Facsimile:       (650) 697-0577

*Co-Lead Counsel for Class Representatives*

DATED: February 27, 2018

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

Diane M. Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys   for   Defendants   LendingClub
Corporation, Daniel T. Ciporin, Jeffrey Crowe,
Rebecca Lynn, John J. Mack, Mary Meeker, John
C. (Hans) Morris, Lawrence H. Summers, and
Simon Williams*

1

2    DATED: February __, 2018                     MORGAN, LEWIS & BOCKIUS LLP

3

4

5                                                 Charlene S. Shimada (Bar No. 91407)
                                                  charlene.shimada@morganlewis.com
6                                                 Susan D. Resley (Bar No. 161808)
                                                  susan.resley@morganlewis.com
                                                  Lucy Wang (Bar No. 257771)
7                                                 lucy.wang@morganlewis.com
                                                  One Market, Spear Street Tower
8                                                 San Francisco, CA 94105-1596
                                                  Telephone:(415) 442 -1000
9                                                 Facsimile:(415)442-1001

10                                                *Attorneys for Defendant Carrie Dolan*

11   DATED: February __, 2018                     MILBANK, TWEED, HADLEY & McCLOY LLP

12

13

14                                                Robert J. Liubicic (Bar No. 271465)
                                                  rliubicic@milbank.com
                                                  2029 Century Park East, 33rd Floor
15                                                Los Angeles, California 90067
                                                  Telephone: (424) 386-4000
16                                                Facsimile: (213) 892-4725

17                                                *Attorneys for Defendant Renaud Laplanche*

18

19

20

21

22

23

24

25

26

27

28

                   [PROPOSED] ORDER GRANTING STAY OF CASE DURING
                   SETTLEMENT APPROVAL PROCEEDINGS
                   Master File No.: CIV 537300

1

2   DATED: February ___, 2018                  SIMPSON THACHER & BARTLETT LLP

3

4

5                                              Simona G. Strauss (Bar No. 203062)
                                               sstrauss@stblaw.com
6                                              Lee Brand (Bar No. 287110)
                                               lee.brand@stblaw.com
7                                              2475 Hanover Street
                                               Palo Alto, California 94304
8                                              Telephone: (650) 251-5000
                                               Facsimile: (650) 251-5002

9                                              Jonathan K. Youngwood (pro hac vice)
                                               jyoungwood@stblaw.com
10                                             425 Lexington Avenue
                                               New York, New York 10017
11                                             Telephone: (212) 455-2000
                                               Facsimile: (212) 455-2502

12
                                               *Attorneys for Defendants Morgan Stanley & Co.*
13                                             *LLC, Goldman Sachs & Co. LLC (formerly known*
                                               *as Goldman, Sachs & Co.), Credit Suisse*
14                                             *Securities (USA) LLC, Citigroup Global Markets*
                                               *Inc., Allen & Company LLC, Stifel, Nicolaus &*
15                                             *Company, Incorporated, BMO Capital Markets*
                                               *Corp., William Blair & Company, L.L.C., and*
16                                             *Wells Fargo Securities, LLC*

17

18

19

20

21

22

23

24

25

26

27

28
    07562-00001/9882060.1                              5

1

**[PROPOSED] ORDER**

2    The Court, having considered the parties' Stipulation set forth above, the Plaintiffs'

3  Notice of Settlement, the Stipulation of Settlement and related exhibits, including the forms of

4  and plan for disseminating the Notices of the Settlement to class members, the prior filings,

5  records, and proceedings, and for good cause appearing, **HEREBY ORDERS THAT:**

6    1.    This litigation is hereby stayed except as to effectuate the Settlement, as set forth

7  in the Stipulation of Settlement.

8    2.    Should the Settlement not become effective in accordance with the Stipulation of

9  Settlement, the parties will return to their litigation positions as of February 5, 2018.

10    3.    The Court has reviewed the proposed plan for disseminating the proposed forms

11  of Individual Notice and Publication Notice of the Settlement, and the proposed forms of Notice,

12  as set forth in the Stipulation of Settlement, and finds that the plan and forms of Notice do not

13  require any further modification pursuant to California Rule of Court 3.770, and hereby approves

14  such Notice.

4. The Discovery Conference set for March 19, 2018
is VACATED. All other dates remain in place.

15

16  Dated: _____3/2/18_____

17

18    _____

19    THE HONORABLE MARIE S. WEINER
   JUDGE OF THE SUPERIOR COURT OF
   CALIFORNIA, COUNTY OF SAN MATEO

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STAY OF CASE DURING
SETTLEMENT APPROVAL PROCEEDINGS
Master File No.: CIV 537300

**PROOF OF SERVICE**

   I am employed in San Mateo County where service of the document(s) referred to below occurred.  I am over the age of 18 and not a party to the within action.  My business address is Cotchett, Pitre, & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame CA 94010.  I am readily familiar with the firm's practices for the service of documents.  On this date, I served or caused to be served a true copy of the following:

**STIPULATION AND [PROPOSED] ORDER STAYING CASE DURING SETTLEMENT APPROVAL PROCEEDINGS**

   BY E-MAIL:  By e-mail I caused service of this document(s) occurred on the date shown below.  This document is being served electronically and the transmission was reported as complete and without error.

   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.  Executed at Burlingame, California, on February 27, 2018.

JEANINE H. ACOSTA

PROOF OF SERVICE; Case No. CIV537300

1

**SERVICE LIST**

| Party | Attorneys | Emails |
|---|---|---|
| Plaintiffs | John Jasnoch<br>Beth Kaswan<br>Sean Masson<br>Mark Molumphy<br>Alexandra Summer<br>Tamarah Prevost | jjasnoch@scott-scott.com<br>bkaswan@scott-scott.com<br>smasson@scott-scott.com<br>mmolumphy@cpmlegal.com<br>asummer@cpmlegal.com<br>tprevost@cpmlegal.com |
| Defendants LendingClub, Daniel T. Ciporin, Jeffrey Crowe, Rebecca Lynn, John J. Mack, Mary Meeker, John C. (Hans) Morris, Lawrence H. Summers, and Simon Williams | Diane M. Doolittle<br>John Potter<br>Dave Grable<br>Joseph Sarles<br>Vicki Parker<br>Kyle Batter<br>Rebecca Eckert-Fong | dianedoolittle@quinnemanuel.com<br>johnpotter@quinnemanuel.com<br>davegrable@quinnemanuel.com<br>josephsarles@quinnemanuel.com<br>vickiparker@quinnemanuel.com<br>kylebatter@quinnemanuel.com<br>rebeccaeckertfong@quinnemaneul.com |
| Defendant Carrie Dolan | Charlene S. Shimada<br>Susan D. Resley<br>Lucy Wang | charlene.shimada@morganlewis.com<br>susan.resley@morganlewis.com<br>lucy.wang@morganlewis.com |
| Defendant Renaud Laplanche | Adam Fee<br>Robert Liubicic | afee@milbank.com<br>rliubicic@milbank.com |
| Underwriter Defendants | Simona G. Strauss<br>Lee Brand | sstrauss@stblaw.com<br>lee.brand@stblaw.com<br>List-LendingClub-eService@lists.stblaw.com |

**PROOF OF SERVICE**; Case No. CIV537300