IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LENDINGCLUB SECURITIES<br>LITIGATION.<br>_____/<br><br>This Document Relates to:<br><br>ALL ACTIONS.<br>_____/ | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA<br><br>(CONSOLIDATED)<br><br>**ORDER REQUIRING<br>RESPONSE RE AMENDED<br>PROPOSED NOTICES** |

The parties' stipulation of settlement in this class action defines "Net Settlement Fund" as (Dkt. No. 333-1 ¶ 1.17 (italics added)):

> [T]he Settlement Fund *less any attorneys' fees and expenses provided for herein or approved by the Court* and less Notice and Administration Expenses, Taxes and Tax Expenses, and other Court-approved deductions.

The amended proposed notices state (Dkt. No. 344-1 at 11 (italics added)):

> A portion of the settlement proceeds will be used to pay expenses for the Litigations, to pay for this Notice and the processing of claims submitted by Class Members, to pay Taxes and Tax Expenses, *and a portion of the net settlement proceeds will be used to pay attorneys' fees*. . . .
>
> The balance of the Settlement Fund (the "Net Settlement Fund") will be distributed . . . to Class Members who submit valid and timely Proofs of Claim.

The amended proposed notices further state that lead counsel will request fourteen percent of the "Net Settlement Fund" in attorney's fees, currently estimated at $16,265,000 (Dkt. Nos. 344-1 at 2, 13; 344-2 at 1).

Despite trying various interpretations of the foregoing language, the Court has been unable to replicate counsel's numbers. By **TOMORROW AT 4:00 P.M.**, counsel shall file a statement explaining in detail (1) how they arrived at this estimated dollar amount, (2) how they arrived at the estimate of $106,835,000 in "net recovery" for class members (Dkt. Nos. 344-1 at 13, 344-2 at 2), and (3) where the amended proposed notices explain the differences, if any, between the "Net Settlement Fund," "net settlement proceeds," and "net recovery."

**IT IS SO ORDERED.**

Dated: March 20, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE