IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LENDINGCLUB SECURITIES<br>LITIGATION.<br>―――――――――――――――――――/<br>This Document Relates to:<br><br>ALL ACTIONS.<br>―――――――――――――――――――/ | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA<br><br>(CONSOLIDATED)<br><br>**ORDER APPROVING AMENDED PROPOSED NOTICES** |

The amended proposed notices submitted on March 21 (Dkt. No. 347) are **APPROVED**. Counsel shall please distribute notice to class members by **APRIL 9**. Class counsel shall file a motion for final approval, as well as any motion for attorney's fees and costs or incentive awards, by **JUNE 11**. The last day for class members to object or opt out, or to submit proof-of-claim and release forms, shall be **JUNE 25**. That will also be the last day for defendants to oppose the motion for attorney's fees, and for the claims administrator to file proof of notice distribution. Class counsel shall reply to any objection or opposition by **JULY 2**. Attorneys who intend to appear at the final approval hearing shall file notices of appearance by **JULY 12**. The final approval hearing shall take place on **JULY 19 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: March 26, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE