United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW VEAL, ET AL.,<br>　　　　Plaintiffs,<br>　　v.<br>LENDINGCLUB CORPORATION, et al.,<br>　　　　Defendants. | Case No. 18-cv-02599-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William Alsup for consideration of whether the case is related to *In re LendingClub Securities Litigation*, Case No. 3:16-CV-02627-WHA.

**IT IS SO ORDERED.**

Dated: July 20, 2018

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge