**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LENDINGCLUB SECURITIES LITIGATION.<br>_____ /<br><br>This Document Relates to:<br><br>ALL ACTIONS.<br>_____ / | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA<br><br>(CONSOLIDATED)<br><br>**REQUEST FOR INFORMATION RE ATTORNEY'S FEES** |

With respect to lead plaintiff's motion for attorney's fees and expenses (Dkt. No. 352), the Court is working its way through the information submitted regarding counsel's lodestars. The Court requests specific information from Robbins Geller to justify the lodestars for the following categories:

17. Fact Discovery Preparation and Team Meetings
18. Document Review and Analysis, Including Analytics; Privilege Log Analysis; Deposition Searches
37. Wells Fargo Deposition
39. William Blair Deposition

Counsel shall please lodge to the courtroom deputy for the undersigned judge (Angella Meuleman) by **AUGUST 2 AT NOON** the unredacted time sheets for these categories for *in camera* review. Moreover, the Court wonders how the Wells Fargo deposition generated a much higher

lodestar compared to the Credit Suisse and Citigroup depositions. Counsel shall please also submit the Wells Fargo deposition so that the Court can review the work on this project.

The Court has not yet completed the review of counsel's lodestars and may have further questions.

**IT IS SO ORDERED.**

Dated: July 30, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE