IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LENDINGCLUB SECURITIES LITIGATION.<br>_____/<br><br>This Document Relates to:<br><br>   ALL ACTIONS.<br>_____/ | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA<br><br>(CONSOLIDATED)<br><br>**ORDER DENYING DESIGNATION OF CASES AS RELATED** |

The Court has reviewed the Sua Sponte Judicial Referral for Purpose of Determining Relationship of Cases (re: *Veal v. LendingClub*, Case No. C 18-02599 BLF) (Dkt. No. 385), the Opposition to Designation of Cases as Related (Dkt. No. 387), and Defendant's Response to Request for Response re Referral for Determining Relationship (Dkt. No. 390).

The claims are different between the two cases and therefore we will not relate *Veal v. LendingClub*. This order acknowledges, however, that the undersigned judge may have made a mistake in approving the settlement with the given released claims. Normally, the undersigned would have required that the release be limited to the claims asserted. But here, the plaintiffs and defendants have gotten away with releasing claims extending beyond the allegations set forth in the present action. The Court regrets that it missed this distinction and regrets that counsel did not bring it to his attention during the approval process. Nevertheless, the

undersigned is not the designated judge for all LendingClub cases and there is otherwise no basis to relate the two.

**IT IS SO ORDERED.**

Dated:  August 6, 2018.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE