**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LENDINGCLUB SECURITIES LITIGATION.<br>_____/<br><br>This Document Relates to:<br><br>ALL ACTIONS.<br>_____/ | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA<br><br>(CONSOLIDATED)<br><br>**REQUEST FOR INFORMATION RE ATTORNEY'S FEES** |

With respect to lead plaintiff's motion for attorney's fees and expenses (Dkt. No. 352), the Court requests the following information from state lead counsel (Cotchett, Pitre & McCarthy, LLP and Scott + Scott):

1. Justification for the amount of time spent on class notice (Project No. 18).

2. Justification for the amount of time spent on the motion to intervene and opposition to the motion to enjoin and further justification for why class members should bear the cost of the fight among counsel as to who should lead the litigation (Project No. 19).

3. Justification for the amount of time spent on the second settlement conference (Project No. 23).

4. Scott + Scott shall justify the amount of time spent on the second-level discovery tasks (Project No. 10).

5. Scott + Scott shall justify the time spent on the Wells Fargo deposition, given that they did not attend the deposition (Project No. 21).

6. Scott + Scott shall justify the amount of time spent on the settlement agreement and plan of allocation (Project No. 24).

The Court further requests the following information from Robbins Geller Rudman & Dowd LLP:

1. Give and justify the lodestar for the specific task regarding the motion to intervene.  If General Project Description No. 25 (Class Certification Motion) also includes time spent on the motion to enjoin, then counsel shall also give and justify the lodestar for that specific task as well.

2. Justification for the amount of time spent on the discovery motions re: underwriter defendants (Project No. 32).

3. Justification for the amount of time spent on the motion for preliminary approval (Project No. 48).

4. Counsel seems to have provided the Court with two different lodestars: $4,890,355.50 (Dkt. No. 379-1 at 10) and $5,452,946 (*id*. at 11).  Counsel shall please explain this discrepancy.

All counsel shall file their written responses by **SEPTEMBER 12 AT NOON**.

**IT IS SO ORDERED.**

Dated: September 5, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2