ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
JASON A. FORGE (181542)
SCOTT H. SAHAM (188355)
RACHEL L. JENSEN (211456)
MICHAEL ALBERT (301120)
CARISSA J. DOLAN (303887)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
scotts@rgrdlaw.com
rachelj@rgrdlaw.com
malbert@rgrdlaw.com
cdolan@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LENDINGCLUB SECURITIES LITIGATION | ) Case No. 3:16-cv-02627-WHA )<br>) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) LEAD PLAINTIFF'S FINAL<br>) DISTRIBUTION STATUS REPORT ) ) ) |

4826-5624-3654.v2

Pursuant to the Court's September 28, 2019 Status Report Order, Federal Lead Counsel submit this status report on the progress of the settlement fund distribution. Federal Lead Counsel have updated the chart below by adding: (1) the number of checks not cashed (0); (2) the value of checks not cashed ($0); (3) finalizing figures for mean and median recovery; (4) finalizing the administrative costs (taxes, etc.); and (5) finalizing the number and amount of payments.

## LendingClub II

*In re LendingClub Securities Litigation*
No. 3:16-cv-02627-WHA (N.D. California)

| | |
|---|---|
| Total Settlement Amount | $125,000,000.00 |
| Notice and Claim Packets Mailed | 119,471 |
| Total Claims Submitted | 29,189 |
| | 24.680% |
| Opt-Outs Received | 7 |
| | 0.006% |
| Objections Received | 1 |
| | 0.001% |
| Mean Recovery per Claimant | $8,202.29 |
| Median Recovery per Claimant | $55.93 |
| Largest Recovery per Claimant | $3,778,231.04 |
| Smallest Recovery per Claimant | $5.00 |
| Method of Notice | Direct Mail; Published in The Wall Street Journal; Business Wire; DTC Legal Notice Systems |
| Number of Checks Not Cashed | 0 |
| Value of Checks Not Cashed | $0 |
| Administrative Costs (including taxes, tax prep., etc.) | $1,591,764.26 |
| Attorney Costs | $456,084.63 |
| Expert Fees | $197,163.60 |
| Attorney Fees | $16,384,087.00 |
| % of Settlement Amount | 13.1% |
| Multiplier | 1.32 |
| Initial Distribution Date | 08/30/2019 |
| Cy Pres Distribution Amount/Charity | N/A |
| Total Amount Distributed | $109,328,343.90 |
| Number of Payments | 13,329 |
| Method of Payments | Checks/Wires |

As of July 31, 2020, 13,329 distribution payments (totaling $109,328,343.90) were issued to Authorized Claimants via checks or wire transfers and all those payments have been cashed or

accepted. No checks remain outstanding and no wires remain pending.  Federal Lead Counsel certify that all funds have been properly distributed and this case file may be completely closed.

DATED:  August 4, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
JASON A. FORGE
SCOTT H. SAHAM
RACHEL L. JENSEN
MICHAEL ALBERT
CARISSA J. DOLAN

s/Jason A. Forge
JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Lead Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 4, 2020.

    s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  jforge@rgrdlaw.com

4826-5624-3654.v2