UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LENDINGCLUB SECURITIES LITIGATION.<br><br>This Document Relates to:<br><br>ALL ACTIONS. | No. C 16-02627 WHA<br>No. C 16-02670 WHA<br>No. C 16-03072 WHA<br><br>(Consolidated)<br><br>**ORDER DISBURSING REMAINDER OF ATTORNEY'S FEES** |

A September 24, 2018, order granted plaintiffs' counsel $16,384,087 (plus interest) in attorney's fees, disbursing half immediately and reserving the second half until counsel certified all funds have been properly distributed and the file can be completely closed (Dkt. No. 400). Counsel now certifying this (Dkt. No. 406), the fund administrator shall please disburse the remainder of counsel's attorney's fees. The Court thanks counsel for their service.

**IT IS SO ORDERED.**

Dated: August 7, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE